**POMERANTZ LLP**
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jlindenfeld@pomlaw.com

*Attorney for Movants*
[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL WIGGLESWORTH, Individually and on Behalf of All Others Similarly Situated,<br><br>                                              Plaintiff,<br><br>                    v.<br><br>MAIDEN HOLDINGS, LTD.,  ARTURO M. RASCHBAUM, KAREN L. SCHMITT and JOHN M. MARSHALECK,<br><br>                                              Defendants. | No.: 1:19-cv-05296-RMB-JS<br><br>NOTICE OF MOTION OF THE MAIDEN INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL |
| JOHN DOUGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                                              Plaintiff,<br><br>                    v.<br><br>MAIDEN HOLDINGS, LTD., ARTURO M. RASCHBAUM, KAREN  L. SCHMITT and JOHN M. MARSHALECK,<br><br>                                              Defendants. | No.: 1:19-cv-08105-RMB-JS |

1

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Steve Owen, Dennis R. Johnson, and Julio Queliz (collectively, the "Maiden Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Fed. R. Civ. P. 42, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing the Maiden Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of Maiden Holdings, Ltd. between March 4, 2014 and November 9, 2018, both dates inclusive; and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:   April 12, 2019

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jonathan D. Lindenfeld*
Jonathan D. Lindenfeld
Jeremy A. Lieberman*
J. Alexander Hood II*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
          ahood@pomlaw.com
          jlindenfeld@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom*
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com

(*pro hac vice* applications to be filed)

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

2