**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MICHAEL WIGGLESWORTH, Individually
and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

MAIDEN HOLDINGS, LTD.,  ARTURO M.
RASCHBAUM, KAREN L. SCHMITT and
JOHN M. MARSHALECK,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.: 1:19-cv-05296-RMB-JS

**DECLARATION OF JONATHAN
D. LINDENFELD IN SUPPORT
OF MOTION OF THE MAIDEN
INVESTOR GROUP FOR
CONSOLIDATION,
APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF
COUNSEL**

JOHN DOUGAN, Individually and on Behalf of
All Others Similarly Situated,

Plaintiff,

v.

MAIDEN HOLDINGS, LTD., ARTURO M.
RASCHBAUM, KAREN  L. SCHMITT and
JOHN M. MARSHALECK,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.: 1:19-cv-08105-RMB-JS

I, Jonathan D. Lindenfeld, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Steve Owen, Dennis R. Johnson, and Julio Queliz (collectively, the "Maiden Investor Group") and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by the Maiden Investor Group for consolidation of the above-captioned related actions, appointment as Lead Plaintiff for the Class, and approval of the Maiden Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release published on February 11, 2019, announcing the pendency of the first of the above-captioned actions to be filed; |
| Exhibit B: | Shareholder Certifications executed by the members of the Maiden Investor Group; |
| Exhibit C: | Loss Chart of the Maiden Investor Group; and |
| Exhibit D: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 12, 2019, at New York, New York.

/s/ Jonathan D. Lindenfeld
Jonathan D. Lindenfeld