**POMERANTZ LLP**
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jlindenfeld@pomlaw.com

*Attorney for Movants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL WIGGLESWORTH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAIDEN HOLDINGS, LTD.,  ARTURO M. RASCHBAUM, KAREN L. SCHMITT and JOHN M. MARSHALECK, <br><br> Defendants. | No.: 1:19-cv-05296-RMB-JS <br><br> NOTICE OF NON-OPPOSITION OF MAIDEN INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL |
| JOHN DOUGAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAIDEN HOLDINGS, LTD., ARTURO M. RASCHBAUM, KAREN  L. SCHMITT and JOHN M. MARSHALECK, <br><br> Defendants. | No.: 1:19-cv-08105-RMB-JS |

1

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

On April 12, 2019, Steve Owen, Dennis R. Johnson, and Julio Queliz (collectively, the "Maiden Investor Group") filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Fed. R. Civ. P. 42, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the Maiden Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of Maiden Holdings, Ltd. between March 4, 2014 and November 9, 2018, both dates inclusive; and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 16.

Having reviewed the competing motions before the Court, the Maiden Investor Group does not appear to have the largest financial interest in the Related Actions within the meaning of the PSLRA, and that movant Taishin Bank (Dkt. No. 14) does appear to have the largest financial interest.  This notice of non-opposition shall have no impact on the membership of the Maiden Investor Group's members in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated:  May 2, 2019

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jonathan D. Lindenfeld*
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:   (212) 661-8665
Email:  jlindenfeld@pomlaw.com

*Counsel for Movants*

2