**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL WIGGLESWORTH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAIDEN HOLDINGS, LTD., ARTURO M. RASCHBAUM, KAREN L. SCHMITT AND JOHN M. MARSHALECK,<br><br>Defendants. | No.: 1:19-cv-05296-RMB-JS<br><br>**DECLARATION OF LAURENCE M. ROSEN IN FURTHER SUPPORT OF THE MOTION OF TAISHIN BANK TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br>**MOTION DATE: May 20, 2019** |
| JOHN DOUGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAIDEN HOLDINGS, LTD., ARTURO M. RASCHBAUM, KAREN L. SCHMITT AND JOHN M. MARSHALECK,<br><br>Defendants. | No.: 1:19-cv-08105-RMB-JS<br><br><br><u>CLASS ACTION</u> |

1

## <u>DECLARATION OF LAURENCE M. ROSEN</u>

I, Laurence M. Rosen hereby declare under penalty of perjury:

1.      I am the Managing Partner of The Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I make this Declaration in further support of the motion of Taishin Bank or Taishin International Bank Co. Ltd. ("Taishin") to: (1) consolidate related actions; (2) appoint Lead Plaintiff; and (3) approve of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Taishin.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Taishin's amended PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Michael Zou in Further Support of the Motion of China Xiayuan Transportation Co. Ltd for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel filed as docket number 27-1 in the action *Huang v. Airmedia Group Inc., et al.*, Case No. 1:15-cv-04966-ALC (S.D.N.Y.).

5.      Attached hereto as Exhibit 4 are true and correct copies of the certifications of lead plaintiff movants Glenn Ellis and Marcel Lecours, Jr. filed as

2

docket numbers 7-3 and 7-4 in the action *Nasin v. Hongli Clean Energy Technologies Corp., et al., Case* No. 2:17-cv-03244-WJM-MF (D.N.J.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 13, 2019                    /s/ Laurence M. Rosen
                                          Laurence M. Rosen

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of May 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen