# EXHIBIT 1

# DECLARATION

Taishin International Bank Co. Ltd. ("Taishin Bank") hereby declares under penalty of perjury:

1.    Taishin International Bank Co. Ltd. ("Taishin Bank") submits this declaration in further support of Taishin Bank's motion for appointment as Lead Plaintiff and approval of The Rosen Law Firm, P.A. as Lead Counsel.

2.    The original certification we submitted with the Court provided the widely used short form name of Taishin International Bank Co. Ltd.—Taishin Bank. In Taiwan, Taishin Bank's employees use the short form name in bank correspondence and email; and using such short forms are commonplace in Taiwan.

3.    That said, we submit with this Declaration and amended certification with the long form name of Taishin International Bank Co. Ltd.

4.    Under Taiwanese law, the Settlor transfers or disposes of a right of property and causes the Trustee to administer or dispose of the trust property for the benefit of the Beneficiary and the Trustee is the nominal owner of the trust property.

5.    With respect to the Maiden Holdings Ltd. preferred stock at issue in this case, Taishin Bank is the nominal owner of the trust property and has the authority to seek to be Lead Plaintiff in this action for the benefit of the Beneficiary.

1

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May, 13 , 2019



_____



_____

[Title] Vice President

2