# EXHIBIT 2

# AMENDED CERTIFICATION

Taishin International Bank Co. Ltd. (the "Plaintiff" or "Taishin Bank") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Maiden Holdings Ltd. and its current and former officers ("Maiden").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against Maiden and retains The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on its behalf.  The undersigned has the authority to execute this certification and to bind Taishin Bank to serve as Lead Plaintiff and to prosecute this action.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following schedule is a list of all of the purchases and sales Plaintiff has made in Maiden securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth in the attached schedule.

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.                                                  Executed on May 13, 2019.

Taishin International Bank Co. Ltd.

By: _____
Title:   Vice President

# SCHEDULE A

# Taishin Bank

**Maiden Holdings (MHLA) Purchases**

| Date | Shares | Price |
|---|---|---|
| 10/12/2016 | 1,910 | ($26.18) |
| 12/10/2016 | 1,994 | ($24.95) |
| 12/31/2016 | 2,000 | ($25.20) |
| 3/8/2017 | 4,845 | ($25.75) |
| 4/28/2017 | 1,000 | ($25.72) |
| 6/21/2017 | 4,000 | ($25.75) |
| 7/20/2017 | 1,011 | ($26.36) |
| 7/21/2017 | 1,530 | ($26.79) |
| 7/21/2017 | 418 | ($26.48) |
| 8/12/2017 | 3,921 | ($25.50) |
| 8/12/2017 | 1,176 | ($25.50) |
| 8/12/2017 | 1,171 | ($25.60) |
| 8/16/2017 | 1,580 | ($25.63) |
| 8/17/2017 | 100 | ($25.74) |
| 8/18/2017 | 8,750 | ($26.05) |
| 9/6/2017 | 8,000 | ($25.95) |
| 9/8/2017 | 1,060 | ($25.68) |
| 9/8/2017 | 200 | ($25.65) |
| 9/9/2017 | 400 | ($25.30) |
| 9/14/2017 | 10,000 | ($25.65) |
| 9/16/2017 | 1,000 | ($25.89) |
| 9/19/2017 | 1,000 | ($25.80) |
| 10/13/2017 | 3,979 | ($25.60) |

**Maiden Holdings (MHLA) Sales**

| Date | Shares | Price |
|---|---|---|
| 9/30/2017 | 3,900 | $26.60 |
| 10/3/2017 | 250 | $26.54 |
| 11/18/2017 | 488 | $26.31 |
| 11/28/2017 | 1,422 | $24.65 |
| 2/2/2018 | 8,000 | $19.58 |
| 9/13/2018 | 2,000 | $16.00 |
| 9/15/2018 | 2,000 | $17.00 |
| 9/18/2018 | 2,000 | $17.50 |
| 9/21/2018 | 500 | $17.00 |
| 9/21/2018 | 500 | $16.90 |
| 9/21/2018 | 500 | $16.90 |
| 9/22/2018 | 500 | $17.30 |
| 9/25/2018 | 500 | $17.50 |
| 9/29/2018 | 56 | $17.30 |
| 10/6/2018 | 500 | $17.58 |
| 10/6/2018 | 500 | $17.63 |
| 10/6/2018 | 500 | $18.00 |
| 10/6/2018 | 500 | $18.30 |
| 12/12/2018 | 1,176 | $16.00 |
| 12/12/2018 | 100 | $15.28 |
| 12/12/2018 | 4,375 | $15.28 |
| 12/13/2018 | 1,000 | $16.00 |
| 2/23/2019 | 444 | $16.01 |
| 3/12/2019 | 1,994 | $15.28 |
| 3/19/2019 | 4,375 | $15.28 |
| 3/21/2019 | 1,060 | $15.28 |
| 3/21/2019 | 200 | $15.28 |
| 3/27/2019 | 4,000 | $15.28 |
| 3/30/2019 | 761 | $16.00 |
| 3/30/2019 | 418 | $16.00 |
| 4/2/2019 | 1,000 | $16.01 |

**Maiden Holdings (MH-PC) Purchases**

| Date | Shares | Price |
|---|---|---|
| 12/16/2016 | 400 | ($25.05) |
| 1/5/2017 | 1,358 | ($25.78) |
| 1/6/2017 | 100 | ($25.62) |
| 1/18/2017 | 116 | ($25.62) |
| 1/20/2017 | 100 | ($25.30) |
| 2/8/2017 | 116 | ($25.89) |
| 2/8/2017 | 150 | ($25.89) |
| 2/14/2017 | 3 | ($26.30) |
| 2/14/2017 | 22,550 | ($26.58) |
| 2/15/2017 | 2,784 | ($26.50) |
| 2/18/2017 | 116 | ($25.90) |
| 3/1/2017 | 440 | ($25.60) |
| 3/8/2017 | 1,100 | ($25.85) |
| 3/9/2017 | 132 | ($25.70) |
| 3/15/2017 | 120 | ($25.46) |
| 3/16/2017 | 118 | ($25.50) |
| 3/18/2017 | 116 | ($25.70) |
| 3/22/2017 | 2,442 | ($25.80) |
| 3/25/2017 | 116 | ($25.80) |
| 3/25/2017 | 117 | ($25.80) |
| 3/28/2017 | 370 | ($25.80) |
| 3/28/2017 | 2,493 | ($25.80) |
| 3/28/2017 | 240 | ($25.80) |
| 3/29/2017 | 3,152 | ($25.90) |
| 3/29/2017 | 117 | ($25.80) |
| 3/30/2017 | 116 | ($25.90) |
| 4/6/2017 | 3,440 | ($26.10) |
| 4/7/2017 | 377 | ($26.12) |
| 4/11/2017 | 925 | ($26.10) |
| 4/12/2017 | 387 | ($25.88) |
| 4/12/2017 | 340 | ($26.10) |
| 4/13/2017 | 750 | ($25.43) |
| 4/13/2017 | 208 | ($25.43) |
| 4/13/2017 | 910 | ($25.43) |
| 4/14/2017 | 120 | ($25.00) |
| 4/14/2017 | 119 | ($25.25) |
| 4/14/2017 | 1,112 | ($25.25) |
| 4/14/2017 | 120 | ($25.00) |
| 4/14/2017 | 200 | ($25.00) |

| | | |
|---|---|---|
| 4/19/2017 | 1,200 | ($25.45) |
| 4/21/2017 | 7,390 | ($25.41) |
| 4/21/2017 | 119 | ($25.37) |
| 4/21/2017 | 395 | ($25.40) |
| 4/22/2017 | 300 | ($25.50) |
| 4/22/2017 | 118 | ($25.50) |
| 4/22/2017 | 3,922 | ($25.50) |
| 4/22/2017 | 390 | ($25.50) |
| 4/25/2017 | 32 | ($25.52) |
| 5/6/2017 | 3,900 | ($25.90) |
| 5/9/2017 | 200 | ($25.80) |
| 5/9/2017 | 628 | ($25.90) |
| 5/9/2017 | 1,200 | ($25.82) |
| 5/10/2017 | 500 | ($25.80) |
| 5/10/2017 | 800 | ($25.80) |
| 5/10/2017 | 445 | ($25.80) |
| 5/11/2017 | 390 | ($25.60) |
| 5/11/2017 | 1,960 | ($25.60) |
| 5/13/2017 | 1,734 | ($25.67) |
| 5/16/2017 | 3,804 | ($25.90) |
| 5/17/2017 | 1,785 | ($25.85) |
| 5/18/2017 | 2,084 | ($25.85) |
| 5/19/2017 | 850 | ($25.76) |
| 5/19/2017 | 35 | ($25.70) |
| 5/20/2017 | 1,430 | ($25.98) |
| 5/20/2017 | 2,170 | ($25.98) |
| 5/24/2017 | 500 | ($25.94) |
| 5/25/2017 | 120 | ($25.95) |
| 5/26/2017 | 1,930 | ($25.92) |
| 5/27/2017 | 660 | ($25.91) |
| 6/1/2017 | 120 | ($25.50) |
| 6/1/2017 | 118 | ($25.55) |
| 6/2/2017 | 570 | ($25.75) |
| 6/2/2017 | 377 | ($25.75) |
| 6/2/2017 | 1,241 | ($25.75) |
| 6/2/2017 | 1,290 | ($25.65) |
| 6/3/2017 | 761 | ($25.70) |
| 6/3/2017 | 1,250 | ($25.70) |
| 6/6/2017 | 120 | ($25.98) |
| 6/6/2017 | 381 | ($25.98) |
| 6/6/2017 | 761 | ($25.98) |
| 6/6/2017 | 193 | ($25.90) |
| 6/8/2017 | 3,868 | ($25.85) |

4

| Date | Shares | Price |
|---|---|---|
| 6/9/2017 | 1,201 | ($25.83) |
| 6/9/2017 | 400 | ($25.80) |
| 6/9/2017 | 390 | ($25.78) |
| 6/10/2017 | 583 | ($25.85) |
| 6/13/2017 | 100 | ($25.75) |
| 6/13/2017 | 400 | ($25.79) |
| 6/15/2017 | 387 | ($25.79) |
| 6/16/2017 | 1,145 | ($25.91) |
| 6/21/2017 | 7,300 | ($25.92) |
| 6/23/2017 | 1,900 | ($25.87) |
| 6/23/2017 | 695 | ($25.87) |
| 6/24/2017 | 1,900 | ($25.90) |
| 6/29/2017 | 114 | ($26.35) |
| 6/29/2017 | 3,800 | ($26.35) |
| 6/29/2017 | 114 | ($26.35) |
| 7/6/2017 | 114 | ($26.45) |
| 7/11/2017 | 373 | ($26.20) |
| 7/12/2017 | 382 | ($26.22) |
| 7/12/2017 | 380 | ($26.24) |
| 7/15/2017 | 115 | ($26.19) |
| 8/4/2017 | 378 | ($26.40) |
| 8/10/2017 | 189 | ($25.87) |
| 8/11/2017 | 3,895 | ($25.73) |
| 8/17/2017 | 2,600 | ($26.07) |
| 8/17/2017 | 90 | ($26.07) |
| 8/18/2017 | 1,887 | ($26.24) |
| 8/18/2017 | 5,765 | ($26.24) |
| 8/19/2017 | 7,158 | ($26.40) |
| 8/22/2017 | 1,146 | ($26.20) |
| 8/25/2017 | 1,224 | ($26.13) |
| 8/25/2017 | 1,187 | ($26.13) |
| 8/25/2017 | 1,200 | ($26.29) |
| 8/26/2017 | 385 | ($26.01) |
| 8/29/2017 | 2,420 | ($26.15) |
| 8/29/2017 | 380 | ($26.17) |
| 8/31/2017 | 500 | ($25.75) |
| 8/31/2017 | 4,700 | ($25.83) |
| 8/31/2017 | 6,000 | ($25.83) |
| 8/31/2017 | 287 | ($25.80) |
| 8/31/2017 | 450 | ($25.80) |
| 9/1/2017 | 4,700 | ($26.05) |
| 9/2/2017 | 380 | ($26.05) |
| 9/6/2017 | 1,618 | ($26.06) |

| 9/6/2017 | 1,030 | ($25.98) |
| 9/6/2017 | 1,000 | ($25.75) |
| 9/6/2017 | 400 | ($26.00) |
| 9/6/2017 | 194 | ($25.80) |
| 9/6/2017 | 384 | ($26.05) |
| 9/6/2017 | 400 | ($26.05) |
| 9/8/2017 | 15,000 | ($26.00) |
| 9/8/2017 | 116 | ($26.00) |
| 9/8/2017 | 23,450 | ($26.05) |
| 9/9/2017 | 1,170 | ($25.68) |
| 9/9/2017 | 1,000 | ($25.50) |
| 9/9/2017 | 200 | ($25.20) |
| 9/9/2017 | 1,952 | ($25.62) |
| 9/9/2017 | 6,000 | ($25.72) |
| 9/9/2017 | 400 | ($25.50) |
| 9/9/2017 | 400 | ($25.45) |
| 9/9/2017 | 117 | ($25.70) |
| 9/9/2017 | 1,000 | ($25.72) |
| 9/9/2017 | 3,922 | ($25.50) |
| 9/9/2017 | 3,922 | ($25.50) |
| 9/13/2017 | 4,000 | ($25.75) |
| 9/13/2017 | 2,700 | ($25.75) |
| 9/14/2017 | 3,800 | ($25.91) |
| 9/14/2017 | 384 | ($25.91) |
| 9/15/2017 | 805 | ($26.04) |
| 9/15/2017 | 2,305 | ($26.04) |
| 9/16/2017 | 4,525 | ($26.00) |
| 9/23/2017 | 560 | ($26.04) |
| 9/26/2017 | 1,489 | ($26.10) |
| 9/28/2017 | 1,090 | ($26.00) |
| 9/29/2017 | 1,109 | ($25.87) |
| 10/3/2017 | 100 | ($25.95) |
| 10/4/2017 | 1,718 | ($25.95) |
| 10/7/2017 | 385 | ($25.98) |
| 10/7/2017 | 751 | ($25.98) |
| 10/14/2017 | 8,000 | ($25.93) |
| 10/14/2017 | 200 | ($25.90) |
| 10/14/2017 | 1,160 | ($25.93) |
| 10/17/2017 | 600 | ($25.93) |
| 10/17/2017 | 5,600 | ($25.93) |
| 10/18/2017 | 4,000 | ($25.93) |
| 10/19/2017 | 253 | ($25.90) |
| 10/19/2017 | 1,439 | ($25.90) |

6

| | | |
|---|---|---|
| 10/20/2017 | 296 | ($25.96) |
| 10/20/2017 | 2,154 | ($25.96) |
| 10/21/2017 | 3,840 | ($25.96) |
| 10/21/2017 | 400 | ($25.95) |
| 10/31/2017 | 115 | ($26.13) |
| 11/2/2017 | 3,390 | ($25.88) |
| 11/2/2017 | 600 | ($25.80) |
| 11/2/2017 | 144 | ($25.95) |
| 11/7/2017 | 1,700 | ($25.86) |
| 11/9/2017 | 682 | ($25.45) |
| 11/9/2017 | 5,270 | ($25.50) |
| 11/9/2017 | 120 | ($25.49) |
| 11/10/2017 | 7,742 | ($25.34) |
| 11/10/2017 | 7,742 | ($25.34) |
| 11/10/2017 | 11,613 | ($25.34) |
| 11/10/2017 | 7,742 | ($25.34) |
| 11/16/2017 | 400 | ($25.55) |
| 11/17/2017 | 1,960 | ($25.62) |
| 11/21/2017 | 390 | ($25.30) |
| 11/21/2017 | 800 | ($25.21) |
| 11/22/2017 | 1,500 | ($24.60) |
| 11/22/2017 | 2,000 | ($24.60) |
| 11/22/2017 | 2,000 | ($24.60) |
| 11/22/2017 | 860 | ($24.50) |
| 11/22/2017 | 2,050 | ($24.47) |
| 11/22/2017 | 125 | ($24.50) |
| 11/22/2017 | 400 | ($24.40) |
| 11/22/2017 | 123 | ($24.48) |
| 11/22/2017 | 200 | ($24.47) |
| 11/22/2017 | 400 | ($24.48) |
| 11/23/2017 | 527 | ($24.60) |
| 11/23/2017 | 200 | ($24.68) |
| 11/23/2017 | 150 | ($24.68) |
| 11/25/2017 | 120 | ($24.90) |
| 11/25/2017 | 889 | ($24.85) |
| 11/25/2017 | 2,500 | ($24.90) |
| 11/25/2017 | 403 | ($24.80) |
| 11/25/2017 | 1,120 | ($24.80) |
| 11/28/2017 | 6,124 | ($24.90) |
| 11/28/2017 | 7,900 | ($24.90) |
| 11/28/2017 | 3,900 | ($24.90) |
| 11/28/2017 | 300 | ($24.90) |
| 11/28/2017 | 121 | ($25.00) |

7

| | | |
|---|---|---|
| 11/28/2017 | 200 | ($24.90) |
| 11/28/2017 | 200 | ($24.90) |
| 11/29/2017 | 4,368 | ($24.90) |
| 11/29/2017 | 140 | ($24.95) |
| 11/29/2017 | 400 | ($25.00) |
| 11/29/2017 | 121 | ($24.95) |
| 11/29/2017 | 200 | ($24.95) |
| 11/29/2017 | 1,050 | ($24.96) |
| 11/29/2017 | 7,900 | ($25.00) |
| 11/29/2017 | 200 | ($25.00) |
| 11/30/2017 | 1,042 | ($25.00) |
| 11/30/2017 | 120 | ($25.00) |
| 11/30/2017 | 400 | ($25.00) |
| 11/30/2017 | 401 | ($24.98) |
| 11/30/2017 | 400 | ($25.00) |
| 12/1/2017 | 121 | ($24.80) |
| 12/1/2017 | 122 | ($24.70) |
| 12/1/2017 | 790 | ($24.93) |
| 12/1/2017 | 600 | ($24.68) |
| 12/1/2017 | 385 | ($24.93) |
| 12/1/2017 | 800 | ($24.92) |
| 12/2/2017 | 161 | ($24.37) |
| 12/2/2017 | 410 | ($24.37) |
| 12/5/2017 | 121 | ($24.85) |
| 12/5/2017 | 400 | ($24.90) |
| 12/5/2017 | 601 | ($24.92) |
| 12/5/2017 | 4,025 | ($24.85) |
| 12/6/2017 | 500 | ($24.79) |
| 12/7/2017 | 8,000 | ($24.80) |
| 12/7/2017 | 2,430 | ($24.70) |
| 12/7/2017 | 608 | ($24.70) |
| 12/8/2017 | 4,050 | ($24.70) |
| 12/8/2017 | 2,029 | ($24.65) |
| 12/8/2017 | 122 | ($24.65) |
| 12/8/2017 | 209 | ($24.55) |
| 12/9/2017 | 1,623 | ($24.60) |
| 12/12/2017 | 4,115 | ($24.30) |
| 12/12/2017 | 1,202 | ($24.59) |
| 12/12/2017 | 409 | ($24.45) |
| 12/12/2017 | 207 | ($24.07) |
| 12/12/2017 | 285 | ($23.77) |
| 12/12/2017 | 1,485 | ($24.50) |
| 12/12/2017 | 2,030 | ($24.40) |

| | | |
|---|---|---|
| 12/12/2017 | 426 | ($24.50) |
| 12/12/2017 | 2,625 | ($24.59) |
| 12/12/2017 | 8,033 | ($24.50) |
| 12/13/2017 | 4,119 | ($23.92) |
| 12/13/2017 | 4,119 | ($23.92) |
| 12/13/2017 | 125 | ($24.00) |
| 12/13/2017 | 418 | ($23.98) |
| 12/13/2017 | 125 | ($24.00) |
| 12/13/2017 | 1,000 | ($24.00) |
| 12/13/2017 | 400 | ($23.89) |
| 12/14/2017 | 126 | ($23.98) |
| 12/14/2017 | 420 | ($23.80) |
| 12/14/2017 | 416 | ($24.00) |
| 12/14/2017 | 125 | ($24.00) |
| 12/14/2017 | 811 | ($24.00) |
| 12/14/2017 | 211 | ($23.80) |
| 12/14/2017 | 417 | ($24.00) |
| 12/14/2017 | 125 | ($24.00) |
| 12/14/2017 | 2,100 | ($24.00) |
| 12/15/2017 | 419 | ($23.79) |
| 12/15/2017 | 210 | ($23.78) |
| 12/15/2017 | 800 | ($23.79) |
| 12/15/2017 | 500 | ($23.78) |
| 12/15/2017 | 500 | ($23.72) |
| 12/15/2017 | 200 | ($23.70) |
| 12/15/2017 | 200 | ($23.79) |
| 12/15/2017 | 166 | ($23.79) |
| 12/15/2017 | 417 | ($23.79) |
| 12/15/2017 | 274 | ($23.78) |
| 12/15/2017 | 420 | ($23.79) |
| 12/16/2017 | 600 | ($23.80) |
| 12/16/2017 | 139 | ($23.72) |
| 12/16/2017 | 139 | ($23.72) |
| 12/16/2017 | 2,110 | ($23.70) |
| 12/16/2017 | 125 | ($23.90) |
| 12/16/2017 | 127 | ($23.80) |
| 12/16/2017 | 417 | ($23.90) |
| 12/16/2017 | 417 | ($23.90) |
| 12/16/2017 | 4,500 | ($23.90) |
| 12/19/2017 | 4,900 | ($23.87) |
| 12/20/2017 | 2,082 | ($24.15) |
| 12/20/2017 | 680 | ($24.15) |
| 12/21/2017 | 156 | ($24.11) |

9

| | | |
|---|---|---|
| 12/21/2017 | 800 | ($24.52) |
| 12/21/2017 | 123 | ($24.41) |
| 12/21/2017 | 144 | ($24.45) |
| 12/21/2017 | 210 | ($24.52) |
| 12/21/2017 | 1,200 | ($24.52) |
| 12/21/2017 | 1,229 | ($24.40) |
| 12/21/2017 | 4,200 | ($24.52) |
| 12/21/2017 | 700 | ($24.52) |
| 12/22/2017 | 1,138 | ($24.19) |
| 12/22/2017 | 2,000 | ($24.19) |
| 12/22/2017 | 6,650 | ($24.19) |
| 12/22/2017 | 850 | ($24.19) |
| 12/22/2017 | 409 | ($24.19) |
| 12/22/2017 | 1,228 | ($24.19) |
| 12/22/2017 | 1,370 | ($24.19) |
| 12/22/2017 | 820 | ($24.19) |
| 12/22/2017 | 160 | ($24.19) |
| 12/22/2017 | 123 | ($24.19) |
| 12/22/2017 | 2,900 | ($24.19) |
| 12/22/2017 | 100 | ($24.03) |
| 12/23/2017 | 1,130 | ($24.35) |
| 12/23/2017 | 165 | ($24.30) |
| 12/23/2017 | 135 | ($24.31) |
| 12/23/2017 | 2,570 | ($24.30) |
| 12/23/2017 | 655 | ($24.35) |
| 12/23/2017 | 4,110 | ($24.35) |
| 12/23/2017 | 403 | ($24.35) |
| 12/27/2017 | 1,012 | ($24.48) |
| 12/27/2017 | 130 | ($24.48) |
| 12/27/2017 | 1,225 | ($24.48) |
| 12/28/2017 | 1,036 | ($24.11) |
| 12/28/2017 | 125 | ($24.16) |
| 12/28/2017 | 160 | ($24.15) |
| 12/28/2017 | 1,592 | ($24.16) |
| 12/28/2017 | 624 | ($24.05) |
| 12/28/2017 | 400 | ($24.00) |
| 12/28/2017 | 200 | ($24.15) |
| 12/28/2017 | 3,320 | ($24.10) |
| 12/28/2017 | 417 | ($23.97) |
| 12/28/2017 | 372 | ($24.16) |
| 12/28/2017 | 413 | ($24.03) |
| 12/28/2017 | 455 | ($24.03) |
| 12/28/2017 | 412 | ($24.04) |

| | | |
|---|---|---|
| 12/28/2017 | 125 | ($24.15) |
| 12/29/2017 | 420 | ($24.00) |
| 12/29/2017 | 417 | ($24.00) |
| 12/29/2017 | 1,025 | ($23.90) |
| 12/30/2017 | 650 | ($24.18) |
| 1/3/2018 | 138 | ($24.50) |
| 1/3/2018 | 67 | ($24.10) |
| 1/3/2018 | 507 | ($24.50) |
| 1/3/2018 | 1,390 | ($24.50) |
| 1/3/2018 | 820 | ($24.45) |
| 1/3/2018 | 1,225 | ($24.50) |
| 1/3/2018 | 660 | ($24.50) |
| 1/3/2018 | 573 | ($24.35) |
| 1/3/2018 | 206 | ($24.50) |
| 1/4/2018 | 20,200 | ($24.52) |
| 1/4/2018 | 286 | ($24.50) |
| 1/5/2018 | 825 | ($24.59) |
| 1/5/2018 | 2,005 | ($24.59) |
| 1/5/2018 | 599 | ($24.59) |
| 1/5/2018 | 599 | ($24.59) |
| 1/6/2018 | 1,636 | ($24.46) |
| 1/6/2018 | 250 | ($24.46) |
| 1/6/2018 | 435 | ($24.50) |
| 1/6/2018 | 802 | ($24.40) |
| 1/6/2018 | 206 | ($24.33) |
| 1/6/2018 | 1,945 | ($24.50) |
| 1/6/2018 | 300 | ($24.46) |
| 1/9/2018 | 800 | ($24.10) |
| 1/9/2018 | 125 | ($24.15) |
| 1/9/2018 | 475 | ($24.15) |
| 1/9/2018 | 412 | ($24.30) |
| 1/9/2018 | 300 | ($24.45) |
| 1/9/2018 | 132 | ($24.45) |
| 1/9/2018 | 1,233 | ($24.35) |
| 1/9/2018 | 600 | ($24.15) |
| 1/9/2018 | 165 | ($24.30) |
| 1/9/2018 | 124 | ($24.30) |
| 1/10/2018 | 292 | ($24.00) |
| 1/10/2018 | 140 | ($24.00) |
| 1/10/2018 | 1,225 | ($24.25) |
| 1/10/2018 | 6,850 | ($24.25) |
| 1/10/2018 | 141 | ($24.10) |
| 1/10/2018 | 200 | ($24.05) |

| Date | Quantity | Price |
|---|---|---|
| 1/10/2018 | 125 | ($24.11) |
| 1/10/2018 | 310 | ($24.00) |
| 1/11/2018 | 900 | ($23.91) |
| 1/12/2018 | 1,430 | ($24.10) |
| 1/12/2018 | 827 | ($24.20) |
| 1/12/2018 | 4,200 | ($24.08) |
| 1/12/2018 | 416 | ($24.05) |
| 1/12/2018 | 500 | ($23.95) |
| 1/13/2018 | 127 | ($23.80) |
| 1/13/2018 | 1,082 | ($23.99) |
| 1/13/2018 | 172 | ($23.85) |
| 1/13/2018 | 416 | ($23.99) |
| 1/17/2018 | 128 | ($23.59) |
| 1/17/2018 | 844 | ($23.65) |
| 1/17/2018 | 500 | ($23.50) |
| 1/17/2018 | 450 | ($23.65) |
| 1/17/2018 | 1,038 | ($23.65) |
| 1/17/2018 | 900 | ($23.65) |
| 1/17/2018 | 500 | ($23.35) |
| 1/17/2018 | 130 | ($23.45) |
| 1/17/2018 | 140 | ($23.62) |
| 1/18/2018 | 850 | ($23.03) |
| 1/18/2018 | 400 | ($23.20) |
| 1/18/2018 | 417 | ($23.39) |
| 1/18/2018 | 140 | ($23.20) |
| 1/18/2018 | 216 | ($23.10) |
| 1/18/2018 | 900 | ($23.39) |
| 1/18/2018 | 450 | ($22.95) |
| 1/19/2018 | 1,830 | ($22.50) |
| 1/19/2018 | 150 | ($22.50) |
| 1/19/2018 | 150 | ($22.50) |
| 1/19/2018 | 150 | ($22.00) |
| 1/19/2018 | 150 | ($22.30) |
| 1/19/2018 | 150 | ($22.50) |
| 1/19/2018 | 150 | ($22.47) |
| 1/19/2018 | 150 | ($22.47) |
| 1/19/2018 | 150 | ($22.00) |
| 1/19/2018 | 140 | ($22.10) |
| 1/19/2018 | 137 | ($22.04) |
| 1/19/2018 | 138 | ($22.50) |
| 1/19/2018 | 150 | ($22.50) |
| 1/19/2018 | 150 | ($22.00) |
| 1/19/2018 | 1,300 | ($22.50) |

| | | |
|---|---|---|
| 1/19/2018 | 650 | ($22.50) |
| 1/19/2018 | 430 | ($22.30) |
| 1/19/2018 | 142 | ($22.50) |
| 1/19/2018 | 160 | ($22.41) |

**Maiden Holdings (MH-PC) Sales**

| Date | Shares | Price |
|---|---|---|
| 2/14/2017 | 150 | $26.36 |
| 4/7/2017 | 120 | $26.16 |
| 4/7/2017 | 117 | $26.16 |
| 4/12/2017 | 100 | $26.15 |
| 5/20/2017 | 16 | $25.98 |
| 6/20/2017 | 118 | $25.88 |
| 6/24/2017 | 500 | $25.96 |
| 7/1/2017 | 7,390 | $26.30 |
| 7/6/2017 | 100 | $26.48 |
| 7/7/2017 | 16 | $26.40 |
| 7/15/2017 | 390 | $26.19 |
| 7/15/2017 | 2 | $26.29 |
| 7/22/2017 | 393 | $26.30 |
| 8/1/2017 | 100 | $26.55 |
| 8/22/2017 | 400 | $26.30 |
| 10/13/2017 | 240 | $25.90 |
| 10/20/2017 | 189 | $26.07 |
| 10/21/2017 | 118 | $26.14 |
| 10/28/2017 | 3,800 | $25.89 |
| 11/22/2017 | 2,700 | $24.60 |
| 11/25/2017 | 100 | $24.90 |
| 11/28/2017 | 384 | $25.00 |
| 12/8/2017 | 750 | $24.70 |
| 12/19/2017 | 430 | $23.87 |
| 1/3/2018 | 120 | $24.50 |
| 1/5/2018 | 123 | $24.59 |
| 1/6/2018 | 116 | $24.50 |
| 1/19/2018 | 32 | $22.50 |
| 1/23/2018 | 296 | $21.11 |
| 2/9/2018 | 160 | $20.49 |
| 3/10/2018 | 900 | $18.40 |
| 4/11/2018 | 209 | $17.60 |
| 5/9/2018 | 600 | $17.42 |
| 6/8/2018 | 140 | $20.50 |
| 7/3/2018 | 207 | $21.97 |
| 7/3/2018 | 285 | $21.97 |
| 7/4/2018 | 158 | $22.20 |
| 7/17/2018 | 118 | $22.75 |
| 7/20/2018 | 161 | $22.88 |

14

| | | |
|---|---|---|
| 7/20/2018 | 120 | $22.66 |
| 7/24/2018 | 400 | $23.00 |
| 7/26/2018 | 211 | $24.00 |
| 7/26/2018 | 430 | $24.00 |
| 7/27/2018 | 2,100 | $24.00 |
| 7/27/2018 | 400 | $23.96 |
| 7/28/2018 | 600 | $24.03 |
| 8/3/2018 | 802 | $23.10 |
| 8/9/2018 | 400 | $23.00 |
| 9/1/2018 | 119 | $21.52 |
| 9/5/2018 | 100 | $21.05 |
| 9/5/2018 | 200 | $21.04 |
| 9/5/2018 | 900 | $21.03 |
| 9/11/2018 | 115 | $18.07 |
| 9/13/2018 | 130 | $15.50 |
| 9/13/2018 | 450 | $15.50 |
| 9/14/2018 | 2,420 | $16.70 |
| 9/14/2018 | 100 | $16.70 |
| 9/18/2018 | 417 | $17.87 |
| 9/18/2018 | 417 | $17.87 |
| 9/18/2018 | 417 | $17.87 |
| 9/19/2018 | 1,038 | $16.90 |
| 9/20/2018 | 680 | $17.70 |
| 9/21/2018 | 208 | $17.65 |
| 9/22/2018 | 100 | $18.00 |
| 9/22/2018 | 100 | $18.00 |
| 9/22/2018 | 4,000 | $17.83 |
| 9/25/2018 | 4,018 | $18.20 |
| 9/26/2018 | 1,000 | $18.15 |
| 9/26/2018 | 1,000 | $18.15 |
| 9/26/2018 | 410 | $18.25 |
| 9/27/2018 | 560 | $17.88 |
| 9/28/2018 | 1,202 | $17.80 |
| 10/2/2018 | 440 | $18.07 |
| 10/2/2018 | 300 | $18.07 |
| 10/4/2018 | 601 | $17.50 |
| 10/6/2018 | 1,000 | $18.25 |
| 10/6/2018 | 1,160 | $18.30 |
| 10/6/2018 | 3,940 | $18.16 |
| 10/6/2018 | 1,000 | $18.25 |
| 10/6/2018 | 2,000 | $18.30 |
| 10/6/2018 | 1,370 | $17.60 |
| 10/9/2018 | 417 | $18.29 |

15

| | | |
|---|---:|---:|
| 10/10/2018 | 1,430 | $18.62 |
| 10/12/2018 | 62 | $17.86 |
| 10/16/2018 | 300 | $17.02 |
| 10/18/2018 | 419 | $16.48 |
| 10/18/2018 | 220 | $16.48 |
| 10/23/2018 | 114 | $17.00 |
| 10/24/2018 | 137 | $17.30 |
| 10/25/2018 | 242 | $17.00 |
| 11/8/2018 | 330 | $16.82 |
| 11/15/2018 | 116 | $10.95 |
| 11/15/2018 | 500 | $11.00 |
| 11/16/2018 | 130 | $12.31 |
| 11/16/2018 | 573 | $12.31 |
| 11/17/2018 | 5,270 | $11.54 |
| 11/17/2018 | 200 | $11.60 |
| 11/17/2018 | 200 | $11.09 |
| 11/20/2018 | 500 | $11.60 |
| 11/20/2018 | 500 | $11.60 |
| 11/20/2018 | 300 | $11.80 |
| 11/21/2018 | 278 | $11.00 |
| 11/22/2018 | 500 | $10.80 |
| 11/22/2018 | 500 | $10.90 |
| 11/22/2018 | 500 | $10.99 |
| 11/22/2018 | 500 | $11.20 |
| 11/22/2018 | 500 | $11.50 |
| 11/22/2018 | 500 | $11.80 |
| 11/22/2018 | 1,000 | $11.50 |
| 11/22/2018 | 250 | $11.90 |
| 11/22/2018 | 50 | $11.91 |
| 11/22/2018 | 1,507 | $10.99 |
| 11/22/2018 | 2,084 | $11.00 |
| 11/22/2018 | 1,930 | $11.00 |
| 11/22/2018 | 1,952 | $11.00 |
| 11/22/2018 | 2,050 | $11.00 |
| 11/22/2018 | 81 | $11.00 |
| 11/24/2018 | 184 | $11.92 |
| 11/27/2018 | 200 | $11.90 |
| 11/27/2018 | 3,800 | $11.51 |
| 11/27/2018 | 380 | $11.67 |
| 11/28/2018 | 400 | $11.20 |
| 11/29/2018 | 500 | $11.20 |
| 12/1/2018 | 1,000 | $11.00 |
| 12/1/2018 | 655 | $11.00 |

16

| Date | Quantity | Price |
| --- | --- | --- |
| 12/5/2018 | 223 | $10.00 |
| 12/7/2018 | 139 | $8.33 |
| 12/7/2018 | 761 | $8.33 |
| 12/8/2018 | 4,700 | $8.33 |
| 12/8/2018 | 14,621 | $8.33 |
| 12/8/2018 | 122 | $8.33 |
| 12/8/2018 | 400 | $8.33 |
| 12/11/2018 | 1,130 | $8.33 |
| 12/11/2018 | 500 | $8.33 |
| 12/11/2018 | 500 | $8.33 |
| 12/11/2018 | 200 | $8.33 |
| 12/11/2018 | 250 | $8.33 |
| 12/11/2018 | 300 | $8.33 |
| 12/11/2018 | 300 | $8.33 |
| 12/11/2018 | 850 | $8.33 |
| 12/11/2018 | 4,000 | $8.33 |
| 12/11/2018 | 6,000 | $8.33 |
| 12/11/2018 | 6,000 | $8.33 |
| 12/12/2018 | 100 | $8.33 |
| 12/12/2018 | 1,718 | $8.33 |
| 12/12/2018 | 390 | $8.33 |
| 12/12/2018 | 400 | $8.33 |
| 12/12/2018 | 300 | $8.33 |
| 12/12/2018 | 350 | $8.33 |
| 12/12/2018 | 350 | $8.33 |
| 12/12/2018 | 416 | $8.33 |
| 12/12/2018 | 116 | $8.33 |
| 12/12/2018 | 790 | $8.33 |
| 12/12/2018 | 200 | $8.33 |
| 12/12/2018 | 1,725 | $8.33 |
| 12/12/2018 | 850 | $8.33 |
| 12/13/2018 | 3,600 | $8.33 |
| 12/13/2018 | 4,700 | $9.00 |
| 12/13/2018 | 2,000 | $8.33 |
| 12/13/2018 | 4,000 | $9.00 |
| 12/13/2018 | 3,000 | $8.33 |
| 12/13/2018 | 1,592 | $9.30 |
| 12/13/2018 | 808 | $9.40 |
| 12/13/2018 | 387 | $8.33 |
| 12/13/2018 | 1,465 | $8.33 |
| 12/14/2018 | 1,500 | $8.50 |
| 12/15/2018 | 655 | $8.33 |
| 12/19/2018 | 5,758 | $8.33 |

17

| | | |
|---|---|---|
| 12/19/2018 | 403 | $8.33 |
| 12/22/2018 | 400 | $8.33 |
| 12/27/2018 | 90 | $8.33 |
| 12/27/2018 | 1,887 | $8.33 |
| 12/29/2018 | 125 | $8.33 |
| 12/29/2018 | 372 | $8.33 |
| 12/29/2018 | 274 | $8.33 |
| 1/3/2019 | 8,000 | $9.00 |
| 1/4/2019 | 2,154 | $9.00 |
| 1/5/2019 | 91 | $9.57 |
| 1/8/2019 | 122 | $9.60 |
| 1/18/2019 | 2,000 | $8.60 |
| 1/18/2019 | 2,000 | $8.43 |
| 1/24/2019 | 1,224 | $8.33 |
| 1/24/2019 | 1,030 | $8.33 |
| 1/29/2019 | 507 | $8.33 |
| 2/1/2019 | 141 | $8.33 |
| 2/13/2019 | 450 | $8.33 |
| 2/15/2019 | 160 | $8.33 |
| 2/20/2019 | 417 | $8.33 |
| 3/6/2019 | 312 | $8.33 |
| 3/7/2019 | 583 | $8.33 |
| 3/7/2019 | 3,320 | $8.33 |
| 3/7/2019 | 2,570 | $8.33 |
| 3/8/2019 | 1,170 | $8.33 |
| 3/8/2019 | 417 | $8.33 |
| 3/8/2019 | 600 | $8.33 |
| 3/8/2019 | 221 | $8.33 |
| 3/8/2019 | 206 | $8.33 |
| 3/9/2019 | 5,898 | $8.33 |
| 3/9/2019 | 820 | $8.33 |
| 3/12/2019 | 120 | $8.33 |
| 3/12/2019 | 144 | $8.33 |
| 3/12/2019 | 88 | $8.33 |
| 3/12/2019 | 340 | $8.33 |
| 3/12/2019 | 413 | $8.33 |
| 3/12/2019 | 455 | $8.33 |
| 3/12/2019 | 412 | $8.33 |
| 3/12/2019 | 1,960 | $8.33 |
| 3/12/2019 | 35 | $8.33 |
| 3/12/2019 | 300 | $8.33 |
| 3/12/2019 | 150 | $8.33 |
| 3/12/2019 | 150 | $8.33 |

18

| Date | Quantity | Price |
|---|---|---|
| 3/12/2019 | 300 | $8.33 |
| 3/12/2019 | 150 | $8.33 |
| 3/12/2019 | 150 | $8.33 |
| 3/12/2019 | 286 | $8.33 |
| 3/13/2019 | 52 | $8.33 |
| 3/13/2019 | 1,228 | $8.33 |
| 3/15/2019 | 805 | $8.33 |
| 3/16/2019 | 100 | $8.33 |
| 3/16/2019 | 560 | $8.33 |
| 3/16/2019 | 11,794 | $8.33 |
| 3/19/2019 | 165 | $8.33 |
| 3/19/2019 | 811 | $8.33 |
| 3/19/2019 | 1,290 | $8.33 |
| 3/19/2019 | 250 | $8.33 |
| 3/19/2019 | 250 | $8.33 |
| 3/20/2019 | 799 | $8.33 |
| 3/20/2019 | 120 | $8.33 |
| 3/20/2019 | 123 | $8.33 |
| 3/21/2019 | 378 | $8.33 |
| 3/21/2019 | 1,000 | $8.33 |
| 3/21/2019 | 1,000 | $8.33 |
| 3/21/2019 | 200 | $8.33 |
| 3/21/2019 | 384 | $8.33 |
| 3/21/2019 | 200 | $8.33 |
| 3/21/2019 | 390 | $8.33 |
| 3/21/2019 | 800 | $8.33 |
| 3/21/2019 | 800 | $8.33 |
| 3/21/2019 | 1,200 | $8.33 |
| 3/21/2019 | 825 | $8.33 |
| 3/22/2019 | 657 | $8.33 |
| 3/22/2019 | 951 | $8.33 |
| 3/23/2019 | 300 | $8.33 |
| 3/26/2019 | 500 | $8.33 |
| 3/26/2019 | 300 | $8.33 |
| 3/26/2019 | 150 | $8.33 |
| 3/26/2019 | 132 | $8.33 |
| 3/28/2019 | 292 | $8.33 |
| 3/29/2019 | 400 | $8.33 |
| 3/29/2019 | 400 | $8.33 |
| 3/29/2019 | 200 | $8.33 |
| 3/29/2019 | 380 | $8.33 |
| 3/29/2019 | 120 | $8.33 |
| 3/29/2019 | 400 | $8.33 |

| | | |
|---|---|---|
| 3/30/2019 | 200 | $8.33 |
| 3/30/2019 | 200 | $8.33 |
| 3/30/2019 | 200 | $8.33 |
| 3/30/2019 | 200 | $8.33 |
| 4/2/2019 | 400 | $8.33 |
| 4/2/2019 | 1,200 | $8.33 |
| 4/2/2019 | 380 | $8.33 |
| 4/2/2019 | 400 | $8.33 |
| 4/3/2019 | 135 | $8.33 |
| 4/3/2019 | 100 | $8.33 |
| 4/3/2019 | 1,900 | $8.33 |
| 4/3/2019 | 1,900 | $8.33 |
| 4/3/2019 | 400 | $8.33 |
| 4/3/2019 | 1,734 | $8.33 |
| 4/3/2019 | 401 | $8.33 |
| 4/4/2019 | 1,250 | $8.33 |
| 4/4/2019 | 1,000 | $8.33 |
| 4/5/2019 | 72 | $8.33 |
| 4/6/2019 | 126 | $8.33 |
| 4/6/2019 | 400 | $8.33 |
| 4/9/2019 | 570 | $8.33 |
| 4/9/2019 | 373 | $8.33 |
| 4/10/2019 | 377 | $8.33 |
| 4/10/2019 | 1,018 | $8.33 |
| 4/10/2019 | 761 | $8.33 |