# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
JIEHUA HUANG, Individually and on Behalf   :   Civil Action No. 1:15-cv-04966 (ALC)
of All Others Similarly Situated,          :
                                           :   CLASS ACTION
                          Plaintiff,       :
                                           :
         vs.                               :
                                           :
AIRMEDIA GROUP INC., et al.                :
                                           :
                          Defendants.      :
                                           :
——————————————————————— x


## DECLARATION OF MICHAEL ZOU IN FURTHER SUPPORT OF THE MOTION OF CHINA XIAYUAN TRANSPORTATION CO. LTD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Michael Zou, submit this declaration pursuant to this Court's order dated October 15, 2015.

1.     I am a Chinese citizen, and my Chinese name is Zhiqiang Zou.

2.     I travel and transact business extensively in the United States and other English-speaking countries. When I do so, I always use the name Michael Zou.

3.     I am the Owner of China Xiayuan Transportation Co. Ltd. ("China Xiayuan"). I have the authority to sign on behalf of China Xiayuan in all legal matters.

4.     On August 24, 2015, China Xiayuan filed its Motion of China Xiayuan Transportation Co. Ltd. for appointment as Lead Plaintiff and Approval of Selection of Lead Counsel ("Motion"). Dkt. No. 15.

5.     As part of that Motion, I signed the PSLRA certification on behalf of China Xiayuan under penalty of perjury. Dkt. No. 17 at 11-12. I signed the certification while in Mission Viejo, California.

- 1 -



Case 1:10-cv-05296-CPO-SAK Document 27-1 Filed 05/12/19 Page 3 of 3 PageID:
Case 1:15-cv-04906-ALC Document 27-1 Filed 10/26/15 Page 2 of 2 PageID:
657

6.    The certification correctly identifies me as Michael Zou, the Owner of China Xiayuan. I signed the certification using the same signature I always use, including when I conduct business on behalf of China Xiayuan.

7.    I, through China Xiayuan, remain committed to serving as Lead Plaintiff in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __23__ day of October, 2015, at __Mission Viejo CA, 9269__

_____
Michael Zou