# EXHIBIT 4

**CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

I, GLENN ELLIS, hereby certify that:

I have reviewed the Complaint and authorized its filing for the filing of a Motion for Lead Plaintiff on my behalf. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary. My transactions in CETC FORMERLY SCOK securities that are the subject of this litigation during the Class Period are attached hereto as Exhibit A. I have not served as or sought to serve as a representative party on behalf of a Class under this title during the last three years. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the Court, including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

The foregoing are, to the best of my knowledge and belief, true and correct statements.

Executed on 05/19/2017

*M Ellis*

Signature

**Exhibit A**

My transactions in Hongli Clean Energy Technologies Corp. (CETC) securities that are the subject of this litigation during the class period set forth in the complaint are as follows (P indicates a purchase, S indicates a sale):

| Security | Date | Sale | Purchase | Number of Shares | Price per Share |
|---|---|---|---|---|---|
| CETC | 09/04/2015 | | P | 100 | $0.7451 |
| CETC | 09/04/2015 | | P | 9,600 | $0.75 |
| CETC | 09/02/2015 | | P | 300 | $0.75 |
| CETC | 09/02/2015 | | P | 10,000 | $0.7499 |
| CETC | 03/23/2015 | | P | 14,300 | $2.4999 |
| CETC | 03/23/2015 | | P | 5,700 | $2.50 |
| CETC | 03/10/2015 | | P | 10,000 | $2.6299 |
| CETC | 01/09/2015 | | P | 258 | $2.85 |
| CETC | 01/08/2015 | | P | 9,072 | $2.85 |
| CETC | 01/06/2015 | | P | 670 | $2.85 |
| CETC | 10/02/2014 | | P | 10,000 | $3.66 |
| CETC | 10/01/2014 | | P | 10,000 | $3.66 |
| CETC | 09/19/2014 | | P | 3,900 | $4.0999 |
| CETC | 09/19/2014 | | P | 6,100 | $4.10 |
| CETC | 09/19/2014 | | P | 5,200 | $4.1899 |
| CETC | 09/19/2014 | | P | 4,800 | $4.19 |
| CETC | 09/18/2014 | | P | 4,600 | $4.3999 |
| CETC | 09/18/2014 | | P | 9,400 | $4.40 |
| CETC | 09/18/2014 | | P | 10,000 | $4.50 |
| CETC | 09/18/2014 | | P | 5,000 | $5.00 |
| CETC | 09/18/2014 | | P | 3,000 | $5.10 |
| CETC | 09/18/2014 | | P | 3,000 | $5.20 |
| CETC | 09/18/2014 | | P | 5,000 | $5.35 |

Case 1:19-cv-05296-CRC-SMK   Document 24-5   Filed 05/13/19   Page 4 of 5 PageID:
Case 2:17-cv-03244-WJM-MF   Document 24-5   Filed 07/07/17   Page 1 of 2 PageID:
661

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Marcel Jr Lecours, hereby certify that:

1.  Plaintiff has reviewed the complaint and authorized the commencement of a lead plaintiff motion on plaintiff's behalf.

2.  I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in CETC securities that are the subject of this litigation during the Class Period are attached hereto as Exhibit A.

5.  I have not served as or sought to serve as a representative party on behalf of a Class under this title during the last three years.

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the Court, including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

The foregoing are, to the best of my knowledge and belief, true and correct statements.

Executed on 07/03/2017

Signature

Case 2:17-cv-03244-WJM-MF   Document 24-5   Filed 07/07/17   Page 2 of 2 PageID: 662

My transaction for CETC

Marcel Lecours Jr

Acquisitions (Date Acquired / Number / Price per Share):

Common Stock | 09/16/2014 | 50300 | 7.29

Common Stock | 09/18/2014 | 20000 | 5.99

Common Stock | 21/10/2014 | 2000 | 3.67

Sales (Date Sold / Number / Price per Share):

Common Stock | 09/19/2014 | 30300 | 7.62

Common Stock | 23/09/2014 | 5000 | 4.10

Common Stock | 20/10/2014 | 1000 | 4.44

Common Stock | 25/11/2014 | 1000 | 3.77

Common Stock | 10/02/2015 | 2500 | 2.82

Common Stock | 12/02/2015 | 1400 | 2.99

Common Stock | 24/02/2015 | 1325 | 2.66

Common Stock | 13/03/2015 | 300 | 2.57

Common Stock | 18/03/2015 | 902 | 2.48

Common Stock | 23/07/2015 | 2929 | 1.17

Common Stock | 26/08/2015 | 844 | 0.68