IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHAEL WIGGLESWORTH<br><br>                    Plaintiff,<br>        v.<br><br>MAIDEN HOLDINGS, LTD., et al.<br><br>                    Defendants. | Civil No. 19-5296(RMB/JS) |
| JOHN DOUGAN, Individually and on<br>Behalf of All Other Similarly<br>Situated,<br>                    Plaintiff,<br>        v.<br><br>MAIDEN HOLDINGS, LTD., et al.<br><br>                    Defendants. | Civil No. 19-8105 (RMB/JS) |

## ORDER

The Court having received counsels' attached July 3, 2019 letter; and counsel correctly noting the Court's Order entered on June 20, 2019 was entered in error; and good cause existing to enter this Order,

IT IS HEREBY ORDERED this **10th** day of **July, 2019**, as follows:

1.    The Court's June 20, 2019 Order [C.A. No. 19-5296, Doc. No. 28; C.A. No. 19-8105, Doc. No. 5] is hereby VACATED.

2.    The Clerk of the Court shall restore to the active docket the motions at docket numbers 14, 15, 16 in C.A. No. 19-5296.

1

3.    The Clerk of the Court shall restore to the active docket C.A. No. 19-8105, as well as the motion at docket number 4.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 3, 2019 at 3:26:09 PM EDT | 14154847068 | 92 | 2 | Received |

07/03/2019 12:24 PM          14154847068                    → 18567575355                                    pg 1 of 2

July 3, 2019

**VIA FACSIMILE**
Hon. Joel Schneider
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101
Facsimile: (856) 757-5355

Re:    *Wigglesworth v. Maiden Holdings, Ltd., et al.*, No. 1:19-cv-05296-RMB-JS

Dear Judge Schneider:

Per chambers, we jointly write regarding the Order consolidating cases and appointing lead plaintiff and lead counsel entered on June 20, 2019 as docket number 28 (the "Order"). As explained below, the Order appears to have been entered in error, and the parties submit the Order should be vacated.

Two related actions governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") were filed against Maiden Holdings, Ltd. in this Court: (i) *Wigglesworth v. Maiden Holdings, Ltd., et al.*, No. 1:19-cv-05296-RMB-JS on February 11, 2019 (the "*Wigglesworth* Action"); and (ii) *Dougan v. Maiden Holdings, Ltd.*, et al., 1:19-cv-08105-RMB-JS on March 7, 2019 (the "*Dougan* Action").

On April 12, 2019, four motions for consolidation and appointment of lead plaintiff and lead counsel were filed in the *Wigglesworth* Action (Dkt. Nos. 13-16), while one of these motions, by John W. Kelly ("Kelly"), was also filed in the *Dougan* Action (Dkt. No. 4 of the *Dougan* Action). On May 2, 2019, lead plaintiff movant the Maiden Investor Group filed a notice of non-opposition as the Group recognized that it did not appear to have the largest financial interest. (Dkt. No. 18). On May 6, 2019, movants Taishin Bank and Boilermaker-Blacksmith National Pension Trust (the "Pension Trust") each filed oppositions. (Dkt. Nos. 24, 25). On May 13, 2019, movants Taishin Bank and the Pension Trust each filed replies. (Dkt. Nos. 26, 27). Kelly, who claims a loss smaller than Taishin Bank's and the Pension Trust's losses, did not file an opposition nor a reply as he did not have the largest financial interest.

In the Order, the Court granted Kelly's lead plaintiff motion, incorrectly noting that Kelly's motion was unopposed. As such, the parties respectfully submit that the Court should vacate the Order and rule on the two competing lead plaintiff motions filed by Taishin Bank and the Pension Trust.

The parties stand ready to address any questions the Court may have.

1

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Counsel for Movant Taishin Bank*

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

/s/ Donald A. Ecklund
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 999-1700
Fax: (973) 994-1744

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631)367-1173

*Counsel for Movant Boilermaker-Blacksmith National Pension Trust*

**POMERANTZ LLP**

/s/ Jonathan D. Lindenfeld
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Facsimile: (212) 661-8665
Email: jlindenfeld@pomlaw.com

*Counsel for Movant the Maiden Investor Group*

**SCHNADER HARRISON SEGAL & LEWIS LLP**

/s/ Lisa J. Rodriguez
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Tel: (856)482-5741
Fax: (856) 482-6980
Email: ljrodriguez@schnader.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-916

*Counsel for Movant John W. Kelly*

2