

Lisa J. Rodriguez, New Jersey Managing Partner
Woodland Falls Corporate Park
220 Lake Drive East  Suite 200  Cherry Hill, NJ 08002-1165
856.482.5222   Fax 856.482.6980   schnader.com

Lisa J. Rodriguez
Direct Dial 856-482-5741
Direct Fax 856-482-2578
E-Mail: lrodriguez@schnader.com

February 14, 2020

**VIA ECF**
Honorable Joel Schneider, U.S.M.J.
United States District Court for the
   District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6020
Post Office Box 2706
Camden, New Jersey  08101

      Re:    **Michael Wigglesworth, et al v Maiden Holdings, Ltd, et al**
              **John Dougan, et al v Maiden Holdings, Ltd., et al**
              <u>**Case No.: 1:19-cv-05296-RMB-JS**</u>

Dear Judge Schneider:

      We write on behalf of John W. Kelly ("Kelly") in connection with the motions for lead plaintiff set for oral argument on February 21, 2020 at 2:00 p.m.

      On April 12, 2019, Kelly filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel. Dkt. No. 13.  Three similar motions were filed by other putative class members in this action.  *See* Dkt. Nos. 14-16.

      The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Kelly does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA.  As such, Kelly does not oppose the lead plaintiff motions of movants with losses larger than Kelly's.  By filing this notice of non-opposition to the competing motions, Kelly does not waive his rights to participate and recover as a class member in this litigation.

      For these reasons, with the permission of the Court, counsel for Kelly will not attend the February 21, 2020 oral argument on motions for appointment as lead plaintiff.

                                                                    Respectfully,

                                                                  */s/ Lisa J. Rodriguez*
                                                                    Lisa J. Rodriguez
                                      For SCHNADER HARRISON SEGAL & LEWIS LLP

LJR/mpw