

**The Rosen Law Firm**
INVESTOR COUNSEL

Laurence M. Rosen
lrosen@rosenlegal.com

July 13, 2020

**VIA ECF**

Honorable Joel Schneider
United States Magistrate Judge
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets, Courtroom 3C
Camden, NJ 08101

Re:    *In re Maiden Holdings Ltd. Sec. Litig.*
1:19-cv-05296-RMG-JS

Dear Judge Schneider:

We, along with Robbins Geller Rudman & Dowd LLP, represent Lead Plaintiffs in this Securities Class Action. On February 25, 2020, the parties filed a stipulation, submitting for the Court's approval a schedule for Lead Plaintiffs to file an amended complaint and for Defendants to answer or move to dismiss. (ECF No. 36-1).  Pursuant to Local Rule 72.1(a)(3)(C), the magistrate judge assigned to this action maintains the authority to manage the case calendar and enter appropriate scheduling orders.  Indeed, on February 27, 2020, Your Honor so ordered the February 25 Stipulation, and in doing so amended the dates as proposed by the parties in the proposed Stipulation. (ECF 38). On March 20, 2020, the parties submitted another stipulation, extending the deadlines in the February 27, 2020 Order by 30 days because of the coronavirus emergency. (ECF No. 41-1). On March 23, 2020, Your Honor so ordered the parties' request for an extension of deadlines. (ECF No. 42).

Pursuant to the March 23 Order, Lead Plaintiffs timely filed their Amended Complaint on May 1, 2020. (ECF No. 43). On May 26, 2020, Defendants filed a letter with Judge Bumb, recognizing their obligation to file an answer or a motion to dismiss on June 15, 2020, expressing their intention to move to dismiss the Amended Complaint, and seeking guidance on whether to file their motion to dismiss pursuant to Your Honor's scheduling order or to file a pre-motion conference letter pursuant to Judge Bumb's Individual Rules and Procedures. (ECF No. 44). On

1

June 10, 2020, Defendants filed a pre-motion conference letter, and confirmed for the Court that Defendants would nonetheless file their motion to dismiss on June 15, 2020. (ECF No. 49). On June 15, 2020, in violation of this Court's March 23 Order, Defendants neither answered nor moved to dismiss the Amended Complaint. Lead Plaintiffs timely responded to Defendants' pre-motion conference letter on June 17, 2020. (ECF No. 50).

The Private Securities Litigation Reform Act ("PSLRA") governs this securities class action. The PSLRA stays discovery, pending resolution of a motion to dismiss. 15 U.S.C. §(b)(3)(B). Given that Defendants have violated Your Honor's March 23 Order and failed to answer or move to dismiss by June 15, Lead Plaintiffs respectfully request that the Court order them to answer the Complaint within fourteen (14) days and to attend a scheduling conference pursuant to L.R. 16.1 as soon as possible after Defendants' answer date.

DENIED.

Respectfully,

/s/ Laurence M. Rosen
Laurence M. Rosen

cc:      counsel of record (via ECF)

It is hereby ORDERED plaintiffs' request for relief is DENIED. If necessary the Court will address plaintiffs' request for relief after the Honorable Renee M. Bumb responds to defendants' June 10, 2020 [Doc. no. 49] pre-motion letter.

Joel Schneider, U.S.M.J.
July 14, 2020

2