**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | )  Master File No. 1:19-cv-05296-RMB-JS |
| | )  CLASS ACTION |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |

**DECLARATION OF LAURENCE M. ROSEN IN
SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Laurence M. Rosen, an attorney duly admitted to practice law before this Court, hereby states:

1.      I am the managing partner of The Rosen Law Firm, P.A., Co-Lead Counsel for Plaintiffs in the above-titled action. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the following and, if called as a witness, could and would testify competently thereto.

2.      Attached as Exhibit A is a true and correct copy of excerpts from Maiden's 2017 Form 10-K, dated March 1, 2018. Highlighting has been applied by Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 26, 2020 in the State of New Jersey.

/s/   *Laurence M. Rosen*
Laurence M. Rosen

# EXHIBIT A

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K**

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended December 31, 2017**
**OR**
**Commission File Number: 001-34042**

# MAIDEN HOLDINGS, LTD.

(Exact Name of Registrant As Specified in Its Charter)

| | |
|---|---|
| **Bermuda** | **98-0570192** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

**94 Pitts Bay Road**
**Pembroke HM 08, Bermuda**
(Address of Principal Executive Offices and Zip Code)
**(441) 298-4900**
(Registrant's Telephone Number, Including Area Code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Shares, par value $0.01 per share | NASDAQ Global Select Market |
| Series A Preference Shares, par value $0.01 per share | New York Stock Exchange, Inc. |
| Series C Preference Shares, par value $0.01 per share | New York Stock Exchange, Inc. |
| Series D Preference Shares, par value $0.01 per share | New York Stock Exchange, Inc. |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in the definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, accelerated filer, non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large Accelerated Filer ☒ | Accelerated Filer ☐ |
| Non-Accelerated Filer ☐ | (Do not check if a smaller reporting company) |
| | Smaller Reporting Company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of voting and non-voting common shares held by non-affiliates of the registrant as of June 30, 2017 (the last business day of the registrant's most recently completed second fiscal quarter) was approximately $802.3 million based on the closing sale price of the registrant's common shares on the NASDAQ Global Select Market on that date. As of February 20, 2018, 83,007,351 common shares were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A with respect to the annual general meeting of the shareholders of the registrant scheduled to be held on May 8, 2018 are incorporated by reference into Part III of this Annual Report on Form 10-K.

**MAIDEN HOLDINGS, LTD.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(In thousands of U.S. dollars, except share and per share data)**

**9. Reserve for Loss and Loss Adjustment Expenses (continued)**

*Prior Year Development*

Prior period development arises from changes to loss estimates recognized in the current year that relate to loss reserves in previous calendar years. The development reflects changes in management's best estimate of the ultimate losses under the relevant reinsurance policies after review of changes in actuarial assessments. The following table summarizes adverse prior period development experienced in each of our reportable segments for the years ended December 31, 2017, 2016, and 2015:

| For the Year Ended | Diversified Reinsurance | AmTrust Reinsurance | Other | Total |
|---|---|---|---|---|
| December 31, 2017 | $ (71,384) | $ (239,896) | $ (10,214) | $ (321,494) |
| December 31, 2016 | (96,788) | (54,000) | (14,556) | (165,344) |
| December 31, 2015 | (49,856) | (9,100) | (12,202) | (71,158) |

During 2017, the Company increased incurred losses for 2016 and prior accident years by $357,893 or 12.8% of prior year net loss and LAE reserves compared to $219,452 or 9.0% in 2016 and $74,866 or 3.3% in 2015. The increase in prior year incurred losses was primarily due to the $321,494 of adverse development driven by $239,896 of adverse development in the AmTrust Reinsurance segment but also contributed to by $71,384 in the Diversified Reinsurance and $10,214 in the Company's run-off business within the Other category. In addition, some premium for prior accident years is reported to us in subsequent periods. This leads to increases in the provision for loss and LAE in prior years during current periods, which is not considered adverse development. During 2017, incurred losses in the AmTrust segment increased $37,212 associated with $57,026 of earned premium reported during 2017 attributable to 2016 and prior accident years.

Due to loss sensitive features of certain contracts, favorable (or unfavorable) loss reserve development does not necessarily result in a commensurate amount of additional (or reduced) underwriting income, as ceding commission may be adjusted proportionally to the amount of loss development, pursuant to the terms of the individual contracts.

In 2016, the Company recognized approximately $165,344 of adverse prior year development, net of commission changes on adjustable contracts largely due to significant fourth quarter adverse development in commercial auto liability in both the Diversified Reinsurance and AmTrust Reinsurance segments.

In the Diversified Reinsurance segment, the adverse prior year development was $71,384 for the year ended December 31, 2017 which was largely due to higher than expected loss emergence emanating primarily from Commercial Auto. Casualty Commercial Auto Liability development during 2017 was $58,776, with $37,485 coming from two accounts which are no longer in-force but which had significantly greater loss emergence during 2017 than expected. In 2016, the development was due to significant fourth quarter adverse development in commercial auto liability.

In the AmTrust Reinsurance segment, the adverse prior year development was $239,896 for the year ended December 31, 2017 largely related to the Workers' Compensation of $126,603 and General Liability of $90,784, and to a lesser extent Commercial Auto liability of $19,877. The loss development observed was in part attributable to staffing and other claims operation changes in the cedant's claims department which have distorted historical loss patterns. In 2016, the adverse development largely came from program commercial auto as well as program general liability.

Our Other category also incurred adverse prior year development of $10,214 for the year ended December 31, 2017 (2016 - $14,556, 2015 - $12,202) due to increased reserves in the remaining run-off litigated U.S. E&S property claims and increased reserves in the run-off of the NGHC Quota Share Reinsurance Agreement.

**a) Claims Development**

The following is a summary of the Company's incurred losses and paid losses development by accident year, net of reinsurance, from the last seven calendar years including the total reserve for losses, IBNR, plus development on reported loss and LAE for both of our reportable segments, Diversified Reinsurance and AmTrust Reinsurance, as of December 31, 2017. Information prior to 2017 is included as unaudited supplementary information. Seven years of information has been presented only as it was impractical to obtain the sufficiently detailed additional information on those earlier years. The incurred and paid amounts have been translated from the local currency to U.S. dollars using the December 31, 2017 spot rate for all years presented in the table below in order to isolate changes in foreign exchange rates from loss development. Information regarding our Other category has not been presented in the development tables below but is included in the reconciliation, as these losses include amounts from our former NGHC Quota Share segment and the remnants of the U.S. excess and surplus business, which are in run-off and related IBNR amounts are not currently material. As a reinsurer of primarily quota share contracts, claim counts are available on a very limited basis. Therefore claim counts have not been provided in the tables below as it is impractical to do so.

**MAIDEN HOLDINGS, LTD.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(In thousands of U.S. dollars, except share and per share data)**

**9. Reserve for Loss and Loss Adjustment Expenses (continued)**

**AmTrust Reinsurance: Workers' Compensation**

This reserve class consists of the Workers' Compensation portion of the quota share Reinsurance Agreement. The business is written in the U.S. by AmTrust from their Small Commercial Business and their Specialty Program business units. AmTrust's Small Commercial Business unit focuses on writing smaller, niche workers' compensation exposures in generally low-hazard occupations. Workers' Compensation business written in the Specialty Program unit is typically part of programs consisting of multiple lines of business. The business is produced by managing general agents with AmTrust regularly adding new programs and terminating or renegotiating unprofitable ones.

Our initial underwriting year loss projections are generally based on the ELR method, derived from historical performance after the consideration of loss and premium trends. Since it is proportional exposure, and due to the size and the classes of business insured by AmTrust, this reserving class is much shorter tailed than a traditional workers compensation book, and the transition to the BF and the LD methods happens relatively quickly, within the first several years.

| AmTrust Reinsurance Workers' Compensation | Incurred losses and loss adjustment expenses, net of reinsurance | | | | | | | At December 31, 2017 |
|---|---|---|---|---|---|---|---|---|
| **For the Year Ended December 31,** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **Total IBNR** |
| Accident Year: | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | | |
| 2008 | $ 80,800 | $ 81,493 | $ 82,438 | $ 81,240 | $ 82,301 | $ 83,039 | $ 83,622 | $ 83 |
| 2009 | 102,240 | 102,245 | 103,864 | 109,213 | 106,204 | 105,901 | 107,165 | 1,418 |
| 2010 | 106,799 | 113,880 | 118,209 | 120,243 | 125,020 | 124,073 | 123,968 | 1,835 |
| 2011 | 104,923 | 125,549 | 130,712 | 132,728 | 133,995 | 133,916 | 135,379 | 1,411 |
| 2012 | | 136,960 | 168,016 | 173,946 | 171,040 | 172,692 | 181,616 | 5,141 |
| 2013 | | | 237,019 | 245,765 | 238,392 | 242,447 | 261,915 | 11,293 |
| 2014 | | | | 379,589 | 365,515 | 382,260 | 419,748 | 24,366 |
| 2015 | | | | | 474,140 | 474,212 | 526,269 | 59,563 |
| 2016 | | | | | | 528,906 | 568,006 | 88,243 |
| 2017 | | | | | | | 615,957 | 285,521 |
| **Total** | | | | | | | $ 3,023,645 | $ 478,874 |

| | Cumulative paid losses and LAE, net of reinsurance | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **For the Year Ended December 31,** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | |
| Accident Year: | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | | |
| 2008 | $ 68,400 | $ 72,823 | $ 76,018 | $ 77,370 | $ 78,161 | $ 79,230 | $ 81,159 | |
| 2009 | 71,963 | 83,464 | 89,462 | 93,425 | 96,396 | 98,811 | 100,103 | |
| 2010 | 61,322 | 82,614 | 95,120 | 103,280 | 108,171 | 114,639 | 115,014 | |
| 2011 | 33,089 | 69,357 | 91,414 | 105,584 | 114,107 | 115,966 | 122,579 | |
| 2012 | | 45,030 | 88,382 | 119,059 | 138,706 | 150,543 | 158,807 | |
| 2013 | | | 56,249 | 121,182 | 168,785 | 199,300 | 216,527 | |
| 2014 | | | | 69,512 | 189,954 | 268,467 | 321,258 | |
| 2015 | | | | | 86,695 | 246,616 | 338,642 | |
| 2016 | | | | | | 110,051 | 284,501 | |
| 2017 | | | | | | | 111,508 | |
| Total | | | | | | | $ 1,850,098 | |
| All outstanding liabilities prior to 2008, net of reinsurance | | | | | | | 617 | |
| **Total net reserves** | | | | | | | $ 1,174,164 | |

F-45

**MAIDEN HOLDINGS, LTD.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(In thousands of U.S. dollars, except share and per share data)**

**9. Reserve for Loss and Loss Adjustment Expenses (continued)**

**AmTrust Reinsurance: General Liability**

This reserve class consists of the General Liability portion of the Reinsurance Agreement. The business is written in the U.S. by AmTrust from their Small Commercial Business and Specialty Program segments. The Small Commercial Business unit focuses on writing smaller, niche business typically underserved by the broader insurance market, which typically have limits of $1,000.   General Liability business written in the Small Commercial business unit grew substantially following AmTrust's renewal rights acquisition in 2014. Specialty Program business may contain a mix of exposures from retail operations, contractors, manufacturer, and other premises.

Our initial underwriting year loss projections are generally based on the ELR method, derived from historical performance after the consideration of loss and premium trends. This proportional exposure is relatively short tailed, and the transition to the BF and the LD methods happens relatively quickly, within the first several years.

| AmTrust Reinsurance General Liability | Incurred losses and loss adjustment expenses, net of reinsurance | | | | | | | At December 31, 2017 |
|---|---|---|---|---|---|---|---|---|
| **For the Year Ended December 31,** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **Total IBNR** |
| Accident Year: | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | | |
| 2008 | $ 28,786 | $ 31,921 | $ 33,051 | $ 33,792 | $ 34,169 | $ 35,985 | $ 36,627 | $ 274 |
| 2009 | 19,311 | 28,384 | 29,123 | 30,902 | 32,418 | 34,040 | 34,863 | 271 |
| 2010 | 15,783 | 28,850 | 34,761 | 36,455 | 38,536 | 38,298 | 41,597 | 1,003 |
| 2011 | 11,334 | 24,731 | 35,628 | 40,557 | 42,100 | 45,303 | 49,338 | 2,291 |
| 2012 | | 21,281 | 33,445 | 42,450 | 48,851 | 50,800 | 55,991 | 2,715 |
| 2013 | | | 42,021 | 43,116 | 66,869 | 68,641 | 79,731 | 5,476 |
| 2014 | | | | 65,469 | 66,558 | 77,930 | 99,873 | 16,909 |
| 2015 | | | | | 118,111 | 95,766 | 122,942 | 30,023 |
| 2016 | | | | | | 98,149 | 114,864 | 58,221 |
| 2017 | | | | | | | 116,158 | 86,190 |
| **Total** | | | | | | | $ 751,984 | $ 203,373 |

| | Cumulative paid losses and LAE, net of reinsurance | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **For the Year Ended December 31,** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | |
| Accident Year: | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | | |
| 2008 | $ 20,935 | $ 26,288 | $ 29,384 | $ 32,849 | $ 32,423 | $ 32,765 | $ 34,935 | |
| 2009 | 7,840 | 13,904 | 19,727 | 24,298 | 28,312 | 30,924 | 32,878 | |
| 2010 | 5,140 | 11,187 | 19,010 | 26,429 | 30,948 | 34,125 | 37,317 | |
| 2011 | 2,813 | 6,072 | 12,158 | 22,963 | 31,619 | 39,350 | 41,257 | |
| 2012 | | 5,084 | 13,224 | 18,020 | 29,752 | 40,864 | 45,775 | |
| 2013 | | | 4,996 | 10,226 | 32,249 | 44,698 | 58,377 | |
| 2014 | | | | 3,503 | 24,581 | 36,026 | 57,678 | |
| 2015 | | | | | 20,849 | 33,963 | 52,350 | |
| 2016 | | | | | | 6,402 | 21,959 | |
| 2017 | | | | | | | 6,967 | |
| Total | | | | | | | $ 389,493 | |
| | | | | All outstanding liabilities prior to 2008, net of reinsurance | | | 251 | |
| **Total net reserves** | | | | | | | $ 362,742 | |

F-46

**MAIDEN HOLDINGS, LTD.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(In thousands of U.S. dollars, except share and per share data)**

**9. Reserve for Loss and Loss Adjustment Expenses (continued)**

**AmTrust Reinsurance: Commercial Auto Liability**

Commercial Auto Liability is written in the U.S. and included in the Small Commercial Business and Specialty Program segments. The Small Commercial Business unit focuses on writing smaller, niche business typically underserved by the broader insurance market, and policies typically have limits of $1,000. Auto Liability business written in the Small Commercial business unit grew substantially following AmTrust's renewal rights acquisition in 2014. Commercial Auto business written in the Specialty Program unit is typically part of programs consisting of multiple lines of business.

Our initial underwriting year loss projections are generally based on the ELR method, derived from historical performance after the consideration of loss and premium trends. This proportional exposure is relatively short tailed, and the transition to the BF and the LD methods happens relatively quickly, within the first several years.

| AmTrust Reinsurance Commercial Auto Liability | Incurred losses and loss adjustment expenses, net of reinsurance | | | | | | | At December 31, 2017 |
|---|---|---|---|---|---|---|---|---|
| For the Year Ended December 31, | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total IBNR |
| Accident Year: | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | | |
| 2008 | $ 29,890 | $ 32,769 | $ 33,700 | $ 34,522 | $ 34,584 | $ 35,975 | $ 35,521 | $ 179 |
| 2009 | 22,183 | 26,275 | 28,551 | 30,812 | 31,024 | 30,468 | 30,919 | 788 |
| 2010 | 26,239 | 33,457 | 37,154 | 38,043 | 40,193 | 40,523 | 42,146 | 2,093 |
| 2011 | 16,193 | 24,292 | 29,577 | 32,578 | 33,839 | 34,790 | 36,149 | 2,286 |
| 2012 | | 20,863 | 32,691 | 40,076 | 44,812 | 48,116 | 46,150 | 110 |
| 2013 | | | 33,473 | 44,771 | 50,647 | 59,702 | 63,162 | 1,588 |
| 2014 | | | | 47,525 | 55,023 | 73,966 | 82,427 | 3,346 |
| 2015 | | | | | 66,967 | 92,955 | 106,560 | 17,881 |
| 2016 | | | | | | 121,828 | 118,210 | 30,881 |
| 2017 | | | | | | | 156,575 | 90,420 |
| Total | | | | | | | $ 717,819 | $ 149,572 |

| | Cumulative paid losses and LAE, net of reinsurance | | | | | | |
|---|---|---|---|---|---|---|---|
| For the Year Ended December 31, | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Accident Year: | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | (Unaudited) | |
| 2008 | $ 25,207 | $ 29,386 | $ 30,975 | $ 32,643 | $ 33,536 | $ 34,074 | $ 34,803 |
| 2009 | 14,532 | 18,736 | 22,959 | 26,975 | 29,226 | 29,829 | 29,842 |
| 2010 | 14,203 | 21,050 | 28,602 | 34,855 | 37,734 | 39,413 | 39,750 |
| 2011 | 5,721 | 12,333 | 18,813 | 25,808 | 29,769 | 32,362 | 33,130 |
| 2012 | | 6,693 | 14,979 | 26,508 | 35,460 | 43,745 | 44,165 |
| 2013 | | | 8,267 | 19,865 | 34,379 | 48,122 | 57,349 |
| 2014 | | | | 8,450 | 22,858 | 42,960 | 64,459 |
| 2015 | | | | | 13,102 | 39,179 | 62,945 |
| 2016 | | | | | | 19,071 | 48,595 |
| 2017 | | | | | | | 26,863 |
| Total | | | | | | | $ 441,901 |
| All outstanding liabilities prior to 2008, net of reinsurance | | | | | | | 330 |
| **Total net reserves** | | | | | | | $ 276,248 |

F-47