# MARINO, TORTORELLA & BOYLE, P.C.

### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
WAN CHA

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

November 3, 2020

**VIA ECF**

Honorable Renée M. Bumb, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets, Courtroom 3D
Camden, NJ  08101

> Re:  *In re Maiden Holdings, Ltd. Securities Litigation,*
>      No. 1:19-cv-05296-RMB-JS

Dear Judge Bumb:

Our firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Defendants in this matter. We write in accordance with L. Civ. R. 6.1(a) and L. Civ. R. 7.1(d)(5) to respectfully request that the Court extend the time for Defendants to submit a reply brief in further support of their Motion to Dismiss Plaintiffs' Amended Complaint [ECF No. 61]. Kindly accept this letter in lieu of a more formal motion.

Plaintiff filed the Amended Complaint in this action on May 1, 2020 [ECF No. 43]. Following a pre-motion conference held on July 28 [ECF No. 56], the Court set a schedule requiring Defendants to file their motion to dismiss by September 11, Plaintiffs to file an opposition by October 26, and Defendants to file any reply by November 9 [ECF No. 57]. The parties filed their opening and opposition briefs in accordance with the Court's schedule. In addition to a Memorandum of Law in Opposition to Defendants' Motion to Dismiss, Plaintiffs filed a separate brief opposing Defendants' Request for Judicial Notice.

Having reviewed Plaintiffs' opposition briefs and supporting Declaration, we respectfully submit that Defendants need additional time to consider and respond to Plaintiffs' arguments, and that good cause exists for the Court to give Defendants an additional fourteen days—*until November 23, 2020*—to file their reply papers. Plaintiffs' counsel consents to this application. Given that Defendants' time to reply currently expires on November 9, 2020, we respectfully request that the Court decide this application on short notice.

If the proposed schedule meets with the Court's approval, we respectfully request that your Honor so order this letter. If your Honor has any questions or concerns, we will make ourselves available to answer them at the Court's convenience.

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Renée M. Bumb, U.S.D.J.
November 3, 2020—Page 2

Thank you for your consideration of this application.

Respectfully yours,

Kevin H. Marino

cc: All counsel of record

SO ORDERED:

Honorable Renée M. Bumb, U.S.D.J.

11/5/20