[ECF No. 82]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **In re MAIDEN HOLDINGS, LTD.**<br>**Securities Litigation** | **Master File No. 1:19-cv-05296** |
| **This Document Relates To:**<br>**ALL ACTIONS** | **CLASS ACTION** |

## ORDER

This matter having been brought before the Court by Laurence M. Rosen, Esquire, Co-Lead Counsel for Co-Lead Plaintiffs Taishin Bank and Boilermaker-Blacksmith National Pension Trust, Esquire ("Plaintiffs"), for an Order allowing Jacob A. Goldberg, Esquire to appear and participate *pro hac vice*; and the Court having considered the moving papers; and the Court having advised counsel of deficiencies in their application [ECF No. 83]; and counsel having not corrected the deficiencies in the time prescribed by the Court; and for good cause shown;

IT IS this **5th** day of **August 2021**, hereby

**ORDERED** that Plaintiffs' Motion for Leave to Appear *Pro Hac Vice* for Jacob A. Goldberg, Esquire, is **DENIED** without prejudice for failure to comply with L. Civ. R. 101.1(c)(1).

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge