[Dkt. No. 61, 74]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

MICHAEL WIGGLESWORTH,

Plaintiff,

v.

MAIDEN HOLDINGS, LTD. et al

Defendants.

Civil Action No. 19-5296 (RMB/SAK)

**ORDER**

**THIS MATTER** comes before the Court upon Defendants' Motion to Dismiss [Dkt. No. 61]. Defendants' Motion will be **DENIED, IN PART.** Plaintiff is directed to file an Amended Complaint, minus surplusage, within fourteen (14) days of the date of this Order. Additionally, the parties are ordered to meet and confer and propose a limited discovery schedule to the Magistrate Judge addressing the two limited issues of historical loss data and stock sales, as detailed in the accompanying Opinion.

For the reasons set forth in the accompanying Opinion of the same date,

**IT IS** on this 6th day of **August 2021**, hereby:

**ORDERED** that Defendant's Motion to Dismiss is **DENIED, IN PART.**

Renée Marie Bumb

RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE