## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
―――――――
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
WAN CHA

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

September 1, 2021

**VIA ECF**

Honorable Sharon A. King, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

Re:    In re Maiden Holdings Ltd. Securities Litigation, No. 1:19-cv-05296-RMB-SAK

Dear Magistrate Judge King:

On behalf of our clients, Maiden Holdings, Ltd. ("Maiden"), Arturo M. Raschbaum, Karen L. Schmitt, and John M. Marshaleck (together, "Defendants"), we write in accordance with L.Civ.R. 6.1(a) respectfully to request a one-week extension of time—until September 10, 2021— to file Defendants' Answer to the Second Amended Complaint ("SAC"). Plaintiffs have consented to the requested relief.

Pursuant to this Court's August 6, 2021 Order (ECF No. 88), Plaintiffs filed the SAC. Defendants' must serve their Answer no later than September 3, 2021. *See* Fed. R. Civ. P. 15(a)(3). In order to respond fully to the SAC, which is 65 pages, 147 paragraphs, and asserts that four Defendants made various alleged misstatements, Defendants respectfully request a seven-day extension—until September 10, 2021—to serve an Answer to the SAC. If this request meets with the Court's approval, we respectfully request that you So Order this letter and file it with the Clerk.

Thank you for your consideration of this submission.

Respectfully submitted,

Kevin H. Marino

cc:    All counsel (via ECF)

SO ORDERED:

Dated: Sept. 2, 2021

_____
HON. SHARON A. KING, U.S.M.J.