# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

—————

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
WAN CHA

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

September 3, 2021

**VIA ECF**

Honorable Sharon A. King, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

Re:   In re Maiden Holdings Ltd. Securities Litigation, No. 1:19-cv-05296-RMB-SAK

Dear Magistrate Judge King:

On behalf of our clients, Maiden Holdings, Ltd. ("Maiden"), Arturo M. Raschbaum, Karen L. Schmitt, and John M. Marshaleck (together, "Defendants"), and jointly with Plaintiffs, we write to respectfully request a modification of the current discovery schedule in order to accommodate religious observances on September 6-8 and September 15-16.

The current schedule provides that discovery dispute letters be filed by September 8, with responses filed September 13, and a telephonic conference with Your Honor at 11:00 a.m. on September 15, 2021.

To accommodate the religious holidays, the parties request that the above schedule be modified such that discovery dispute letters be due September 10, any responses be due September 17, and the Court hold a telephonic conference on September 20 or 21, or at the Court's earliest convenience.

Thank you for your consideration of this submission.

Respectfully submitted,

Kevin H. Marino

cc:   All counsel (via ECF)

New date for telephone Conference
9/21/21 @ 1:30pm.
Please Dial 1888-278-0296 Access Code
2961061 #.

SO ORDERED this 7th day
of September 2021

Sharon A. King
Sharon A. King, USMJ