# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Master File No. 1:19-cv-05296-CPO-SK

CLASS ACTION

NOTICE OF LEAD PLAINTIFFS' APPEAL FROM NON-DISPOSITIVE ORDERS OF MAGISTRATE JUDGE

ORAL ARGUMENT REQUESTED

MOTION DATE: February 7, 2022

**PLEASE TAKE NOTICE** that at 9:00 a.m. on February 7, 2022, or such other time and date as set by the Court, Lead Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd. will move before the Honorable Christine P. O'Hearn, Judge of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey, for entry of an Order granting Lead Plaintiffs' Appeal From Non-Dispositive Orders Of Magistrate Judge.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within appeal, Lead Plaintiffs rely upon the accompanying memorandum of law and the Declaration of Laurence M. Rosen.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being submitted herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 78.1(b), Lead Plaintiffs request oral argument on this motion.

.

1

Dated: December 27, 2021

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence M. Rosen*
LAURENCE M. ROSEN
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: 973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
JACOB A. GOLDBERG
DANIEL TYRE-KARP
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
jgoldberg@rosenlegal.com
dtyrekarp@rosenlegal.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
TOR GRONBORG
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com

*Co-Lead Counsel*

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com
Additional Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th December 2021 a true and correct copy of the foregoing NOTICE OF LEAD PLAINTIFFS' APPEAL FROM NON-DISPOSITIVE ORDERS OF MAGISTRATE JUDGE was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen
Laurence M. Rosen

4