# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-CPO-SK |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) [PROPOSED] ORDER GRANTING |
| | ) LEAD PLAINTIFFS' APPEAL FROM |
| ALL ACTIONS. | ) NON-DISPOSITIVE ORDERS OF |
| | ) MAGISTRATE JUDGE |
| | ) |
| | ) ORAL ARGUMENT REQUESTED |
| | ) |
| | ) MOTION DATE: February 7, 2022 |
| | ) |
| | ) |

**THIS MATTER,** having been opened to the Court on Lead Plaintiffs' Appeal From Non-Dispositive Orders Of Magistrate Judge (the "Appeal"), and the Court having considered the papers submitted in support of and in opposition to the Appeal, and the arguments of counsel, and for good cause shown;

**IT IS HEREBY ORDERED,** on this ___ day of _____ 2022, that the Appeal is granted; Judge King's discovery rulings are reversed as clearly erroneous; and discovery is reopened, requiring Defendants to produce all requested information relevant to Plaintiffs' sole remaining claim.

_____

HON. CHRISTINE P. O'HEARN, U.S.D.J.