OF COUNSEL:
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael B. Carlinsky (*pro hac vice*)
Rollo Baker (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
rollobaker@quinnemanuel.com
jacobwaldman@quinneamnuel.com
jessebernstein@quinnemanuel.com

Kevin H. Marino, Esq.
John D. Tortorella, Esq.
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel.: (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Maiden Holdings, Ltd. Securities Litigation | Master File No. 1:19-cv-05296-CPO-SAK |
| | **CERTIFICATE OF SERVICE** |

JOHN D. TORTORELLA, of full age, hereby certifies and states:

1.      I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants, Maiden Holdings, Ltd., Arturo M. Raschbaum, Karen L. Schmitt, and John M. Marshaleck (collectively, "Defendants"), in this matter.

2.      On January 24, 2022, I caused to be filed with the Clerk of the Court and to be served on all counsel of record via the Electronic Filing System the

following documents: (1) Defendants' Opposition to Lead Plaintiffs' Appeal from Orders Issued by Magistrate Judge King; and (2) this Certificate of Service.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2022        _____

JOHN D. TORTORELLA