

**INVESTOR COUNSEL**

Laurence M. Rosen
lrosen@rosenlegal.com

January 26, 2022

**VIA ECF**
Honorable Christine P. O'Hearn
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

        Re:    In re Maiden Holdings Ltd. Sec. Litig.
                 1:19-cv-05296-RMB-SAK

Dear Judge O'Hearn:

      On behalf of Plaintiffs in the above-captioned action, we write in accordance with L.Civ.R. 6.1(a) respectfully to request a one-week extension of time—until February 7, 2022—to file the reply brief in support of Plaintiffs' Appeal from Non-Dispositive Orders of Magistrate Judge (ECF No. 125). The request is made due to unforeseen circumstances, including absences due to Covid, impacting Plaintiffs' counsel. Defendants have consented to the requested relief.

      If this request meets with the Court's approval, we respectfully request that you So Order this letter and file it with the Clerk.

      Thank you for your consideration of this submission.

Respectfully,

/s/ *Laurence M. Rosen*
Laurence M. Rosen

cc:    All counsel of record (via ECF)

SO ORDERED this 26th day of January 20 22

/s/ *Christine P. O'Hearn*
**United States District Judge**

THE ROSEN LAW FIRM, P.A. ♦ ONE GATEWAY CENTER, SUITE 2600 ♦ NEWARK, NJ 07102 ♦ TEL: (973) 313-1887 ♦ FAX: (973) 833-0399