**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) ) ) ) ) | Master File No. 1:19-cv-05296-CPO-SK |
| | ) | NOTICE OF LEAD PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING APPEAL FROM NON-DISPOSITIVE ORDERS OF MAGISTRATE JUDGE |
| This Document Relates To:  ALL ACTIONS. | ) ) ) ) ) ) ) | CLASS ACTION  MOTION DATE: Sept. 6, 2022 |

1

**PLEASE TAKE NOTICE** that, on September 6, 2022, or at such other date as the Court designates, and at a time as set by the Court, Co-Lead Plaintiffs Taishin Bank and Boilermaker-Blacksmith National Pension Trust ("Plaintiffs"), through their undersigned counsel, will move before the Honorable Christine P. O'Hearn, Judge of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey, for entry of an Order granting Lead Plaintiffs' Motion for Reconsideration of Order Denying Appeal from Non-Dispositive Orders of Magistrate Judge.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within appeal, Lead Plaintiffs rely upon the accompanying memorandum of law.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Lead Plaintiffs request oral argument on this motion.

 Dated: July 29, 2022                                Respectfully submitted,

                                                    **THE ROSEN LAW FIRM, P.A.**

                                                    /s/ Laurence M. Rosen
                                                    Laurence M. Rosen, Esq.
                                                    One Gateway Center, Suite 2600
                                                    Newark, New Jersey 07102
                                                    Telephone: (973) 313-1887
                                                    Fax: (973) 833-0399
                                                    lrosen@rosenlegal.com

                                                    *Co-Lead Counsel for Plaintiffs*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen
Laurence M. Rosen