# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS.

) Master File No. 1:19-cv-05296-CPO-SK
)
) CLASS ACTION
)
) [PROPOSED] ORDER GRANTING
) LEAD PLAINTIFFS' MOTION FOR
) RECONSIDERATION OF ORDER
) DENYING APPEAL FROM NON-
) DISPOSITIVE ORDERS OF
) MAGISTRATE JUDGE
)
) ORAL ARGUMENT REQUESTED
)
) MOTION DATE: Sept. 6, 2022

**THIS MATTER,** having been opened to the Court on Lead Plaintiffs' Motion for Reconsideration of Order Denying Appeal from Non-Dispositive Orders of Magistrate Judge, and the Court having considered the papers submitted in support of and in opposition to the Appeal, and the arguments of counsel, and for good cause shown;

**IT IS HEREBY ORDERED,** on this ___ day of _____ 2022, that Lead Plaintiffs' Motion for Reconsideration of Order Denying Appeal from Non-Dispositive Orders of Magistrate Judge is granted; the Order Denying Appeal from Non-Dispositive Orders of Magistrate Judge on timeliness grounds is vacated, and Lead Plaintiffs' Appeal from Non-Dispositive Orders of Magistrate Judge (Dkt. No. 125) is granted for the reasons stated therein.

_____

HON. CHRISTINE P. O'HEARN, U.S.D.J.