

## The Rosen Law Firm

### INVESTOR COUNSEL

Laurence M. Rosen
lrosen@rosenlegal.com

August 30, 2022

**VIA ECF**

Honorable Christine P. O'Hearn
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re: *In re Maiden Holdings Ltd. Sec. Litig.*, No. 1:19-cv-05296-RMB-SAK

Dear Judge O'Hearn:

    Pursuant to L.Civ.R. 6.1(a), Co-Lead Plaintiffs Taishin Bank and Boilermaker-Blacksmith National Pension Trust ("Plaintiffs") respectfully request a one-week extension of time, until September 6, 2022, to file Plaintiffs' reply brief in further support of their Motion for Reconsideration of Order Denying Appeal from Non-Dispositive Orders of Magistrate Judge King (the "Motion"). ECF 132. Defendants have consented to the relief sought in this letter.

    Plaintiffs' reply is due for filing today. However, due to Plaintiffs' counsels' holiday scheduling, in conjunction with recent unforeseen changes in other professional obligations, Plaintiffs respectfully seek a one-week extension of time to file their reply so that they may fully respond to Defendants' opposition to the Motion.

    If Plaintiffs' request meets with the Court's approval, we respectfully request that you So Order this letter and file it with the Clerk.

Respectfully submitted,

/s/ *Laurence M. Rosen*
Laurence M. Rosen

SO ORDERED this <u>31st</u> day
of <u>  August  </u> 20<u>22</u>

*Christine A. O'Hearn*
**United States District Judge**

cc:    All counsel of record (via ECF)

THE ROSEN LAW FIRM, P.A. ♦ ONE GATEWAY CENTER, SUITE 2600 ♦ NEWARK, NJ 07102 ♦ TEL: (973) 313-1887 ♦ FAX: (973) 833-0399