**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

MICHAEL WIGGLESWORTH, *et al.*,
*individually and on behalf of all others*
*similarly situated*,

      Plaintiffs,

      v.

MAIDEN HOLDINGS, LTD., *et al.*,

      Defendants.

No. 1:19-cv-05296

**ORDER**

---

**O'HEARN, District Judge.**

    **THIS MATTER** comes before the Court on the Motion for Reconsideration, (ECF No. 132), filed by Lead Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd. ("Plaintiffs"), of this Court's July 21, 2022 Order, (ECF No. 131), denying as untimely Plaintiffs' Appeal of Magistrate Judge King's December 8, 2021 Discovery Order, (ECF No. 125). The Court did not hear oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

    **IT IS HEREBY** on this __7th__ day of __February__, 2023,

    **ORDERED** that Plaintiffs' Motion for Reconsideration, (ECF No. 132), is **DENIED**.

                                                    *Christine A. O'Hearn*
                                        **CHRISTINE P. O'HEARN**
                                        **United States District Judge**