Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425

Michael B. Carlinsky (*pro hac vice*)
Rollo Baker (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel:  (212) 849-7000
Fax:  (212) 849-7100

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Maiden Holdings, Ltd. Securities Litigation | Master File No. 1:19-cv-05296-CPO-SAK<br><br>Hon. Christine P. O'Hearn, U.S.D.J.<br><br>**CLASS ACTION**<br><br>ORAL ARGUMENT REQUESTED<br><br>MOTION DATE: August 7, 2023<br><br>**NOTICE OF MOTION TO DISMISS** |

TO:   Donald A. Ecklund
      Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
      5 Becker Farm Road
      Roseland, NJ 07068

      Laurence M. Rosen
      Jing Chen
      The Rosen Law Firm, PA
      609 W. South Orange Avenue, Suite 2P
      South Orange, NJ 07079

**PLEASE TAKE NOTICE** that at 9:00 a.m. on August 7, 2023, or such other time and date as set by the Court, Defendants Maiden Holdings, Ltd., Arturo M. Raschbaum, Karen L. Schmitt, and John M. Marshaleck will move before the Honorable Christine P. O'Hearn, U.S.D.J., of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey, for entry of an Order granting Defendants' Motion to Dismiss the Second Amended Complaint or in the Alternative for Summary Judgment.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Defendants rely upon the accompanying Memorandum of Law, the Local Rule 56.1 Statement Of Material Undisputed Facts, the Declaration of William Jarman, and the Declaration of Kevin Marino.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Defendants request oral argument on this motion.

DATED:  May 26, 2023                    **MARINO, TORTORELLA & BOYLE, P.C.**


By: _____
Kevin H. Marino, Esq.
John D. Tortorella, Esq.
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Michael B. Carlinsky (*pro hac vice*)
Rollo Baker (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax:  (212) 849-7100
michaelcarlinsky@quinnemanuel.com
rollobaker@quinnemanuel.com
jacobwaldman@quinneamnuel.com
jessebernstein@quinnemanuel.com