Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425

Michael B. Carlinsky (*pro hac vice*)
Rollo Baker (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel:  (212) 849-7000
Fax:  (212) 849-7100

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Maiden Holdings, Ltd. Securities Litigation | Master File No. 1:19-cv-05296-CPO-SAK<br><br>Hon. Christine P. O'Hearn, U.S.D.J.<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER** |

**THIS MATTER**, having been opened to the Court on the Motion of Defendants Maiden Holdings, Ltd., Arturo M. Raschbaum, Karen L. Schmitt, and John M. Marshaleck to Dismiss Plaintiffs' Second Amended Complaint or in the Alternative for Summary Judgment (the "Motion"); and the Court having considered the papers submitted in support of and in opposition to the Motion, and the arguments of counsel; and for good cause shown;

2

**IT IS HEREBY ORDERED**, on this ___ day of _____ 2023, that

the Motion is granted and the above-captioned matter is dismissed with prejudice.

_____

HON. CHRISTINE P. O'HEARN, U.S.D.J.