Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425

Michael B. Carlinsky (*pro hac vice*)
Rollo Baker (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel:  (212) 849-7000
Fax:  (212) 849-7100

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Maiden Holdings, Ltd. Securities Litigation | Master File No. 1:19-cv-05296-CPO-SAK |
| | Hon. Christine P. O'Hearn, U.S.D.J. |
| | **CLASS ACTION** |
| | **CERTIFICATE OF SERVICE** |

JOHN D. TORTORELLA, of full age, hereby certifies and states:

1.    I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys for Defendants, Maiden Holdings, Ltd., Arturo M. Raschbaum, Karen L. Schmitt, and John M. Marshaleck (collectively, "Defendants"), in this matter.

2.    On this date, I caused to be filed publicly with the Clerk of the Court and to be served on all counsel of record via the Court's electronic filing system the

following documents: (1) Defendants' Notice of Motion to Dismiss the Second Amended Complaint or in the Alternative For Summary Judgment; (2) the Declaration of Kevin H. Marino; (3) a Proposed Order; (4) this Certificate of Service.

3.      On this date, I caused to be filed under seal with the Clerk of the Court via the Court's electronic filing system and to be served on all counsel of record via e-mail the following documents: (1) the Memorandum of Law in Support of Defendants' Renewed Motion to Dismiss the Second Amended Complaint or in the Alternative for Summary Judgment; (2) the Local Rule 56.1 Statement Of Material Undisputed Facts; and (3) the Declaration of William Jarman.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2023

JOHN D. TORTORELLA