Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425

Michael B. Carlinsky (*pro hac vice*)
Rollo Baker (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jesse Bernstein (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel:  (212) 849-7000
Fax:  (212) 849-7100

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Maiden Holdings, Ltd. Securities Litigation | Master File No. 1:19-cv-05296-CPO-SAK<br><br>Hon. Christine P. O'Hearn, U.S.D.J.<br><br>**<u>CLASS ACTION</u>** |

### DECLARATION OF KEVIN H. MARINO IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

KEVIN H. MARINO, of full age, hereby certifies and states:

1.      I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle P.C., counsel for Defendants in this matter. I am fully familiar with the facts of this case and submit this Declaration in support of Defendants' Motion for Summary Judgment.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from a transcript of the hearing before the Hon. Sharon A. King, U.S.M.J., on September

21, 2021.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Maiden Holdings, Ltd.'s Form 10-K for 2013, dated March 3, 2014.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Maiden Holdings, Ltd.'s Form 10-K for 2014, dated March 13, 2015.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Maiden Holdings, Ltd.'s Form 10-K for 2015, dated February 29, 2016.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Maiden Holdings, Ltd.'s Form 10-K for 2016, dated March 6, 2017.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Maiden Holdings, Ltd.'s Form 10-K for 2017, dated March 1, 2018.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of a Form 4 executed by Arturo M. Raschbaum and dated November 9, 2016.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of a Form 4 executed by Karen Schmitt and dated November 15, 2016.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of a Form 4 executed by Arturo M. Raschbaum and dated February 20, 2014.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of a Form 4 executed by Arturo M. Raschbaum and dated February 20, 2018.

12.　　Attached hereto as **Exhibit 11** is a true and correct copy of a Form 4 executed by Karen Schmitt dated February 20, 2014.

13.　　Attached hereto as **Exhibit 12** is a true and correct copy of a Form 4 executed by Karen Schmitt dated February 20, 2018.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Kevin H. Marino

Dated:  May 26, 2023
Chatham, New Jersey