# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL WIGGLESWORTH, ET AL,   .   CIVIL ACTION
                               .
          Plaintiff,           .
                               .
          v.                   .   No. 1:19-cv-05296-RMB-SAK
                               .
MAIDEN HOLDINGS, LTD, ET AL,   .   TELEPHONE CONFERENCE
                               .
                               .   September 21, 2021
          Defendant.           .
. . . . . . . . . . . . . . . . . .

Camden, New Jersey

- - - - -

BEFORE THE HONORABLE JUDGE SHARON A. KING
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiff:       JACOB A. GOLDBERG, ESQ.
                         DANIEL TYRE-KARP, ESQ.
                         THE ROSEN LAW FIRM, PA
                         609 W. South Orange Ave.
                         Suite 2P
                         South Orange, NJ    07079

                         TRIGG SMITH, ESQ.
                         ROBBINS GELLER RUDMAN & DOWD
                         655 West Broadway, Suite 1900
                         San Diego, CA    92101

For the Defendant:       KEVIN HARRY MARINO, ESQ.
Maiden Holdings, LTD.    JOHN D. TORTORELLA, ESQ.
                         MARINO TORTORELLA & BOYLE, P.C.
                         437 Southern Boulevard
                         Chatham, NJ    07928-1488

                         JACOB J. WALDMAN, ESQ.
                         QUINN EMANUEL URQUHART & SULLIVAN
                         51 Madison Ave., 22nd Floor
                         New York, NY    10010

Audio Operator:          Marnie Maccariella

```
Transcriber:                    DIANA DOMAN TRANSCRIBING
                                P. O. Box 129
                                Gibbsboro, NJ     08026-0129

                                Telephone: (856) 435-7172
                                Fax:       (856) 435-7124
```

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

3

<u>I N D E X</u>

<u>ARGUMENTS</u>:                                                  <u>PAGE</u>

        by Mr. Goldberg . . . . . . . . . . . . . . .    6

        by Mr. Marino . . . . . . . . . . . . . . . .    6

        by Mr. Waldman  . . . . . . . . . . . . . . .   22


<u>DECISIONS BY THE COURT</u>:

        Re:  1A . . . . . . . . . . . . . . . . . . .   24

        Re:   B . . . . . . . . . . . . . . . . . . .   27

        Re:   C . . . . . . . . . . . . . . . . . . .28, 29

        Re:   E . . . . . . . . . . . . . . . . . . .   34

        Re:   Request 1 . . . . . . . . . . . . . . .   38

36

MR. MARINO:  I'm sorry.  And I'm going to ask Mr. Waldman.  He's closer to that issue than I am.

MR. WALDMAN:  This is -- this is Jacob Waldman.  To the extent that they are -- I'm not an expert on the actuarial process.  I expect that they are taken into account in some fashion.  I couldn't explain exactly how.  They are -- they are, you know, they are essentially -- what I have been told is that they are -- they represent significant sort of repositories of raw data that is provided by the -- provided by the insurer, or by the seeding company, which is Amtrust.  So my understanding is that in some fashion they likely are taken into account, Your Honor.

THE COURT:  Okay.  The Court's going to reserve ruling on the bordereau report.  I am afraid that we're getting into the fishing expedition that Judge Bumb did not want us to get into.  It appears as if the plaintiff is trying to reassess every single claim and nitpick as to, you know, how the results and the loss ratio came about.  And I think it's -- it's my impression that Judge Bumb was close to granting a motion to dismiss, and she is permitting limited discovery for purposes of if either party has information to make their claim, or make their defense, then you know, she will rule on that.  But it seems as if we're trying to get into an entire discovery process which was not required by the Court.  And this is not your typical discovery under the rules.  I think it is simply

37

for the purpose of determining whether the plaintiffs -- I'm sorry, whether the defendants' motion to dismiss should be granted.

MR. GOLDBERG:  Your Honor --

MR. MARINO:  I'm sorry, Your Honor --

MR. GOLDBERG:  -- Judge Bumb said.

MR. MARINO:  Your Honor, it is what Judge Bumb said. And may I ask Your Honor, and I apologize, I have to -- to enter into another conference at -- at 2:30.  And I apologize, I thought we would be done within an hour.  But I don't know how much longer Your Honor would entertain this.  But may I re-raise the issue of allowing us to produce what you've directed us to produce, and allowing them to come back and show us -- show Your Honor why that's insufficient?

I think that you're exactly correct.  It's a fishing expedition.  This is not what Judge Bumb envisioned in any way. And it's very troubling that it would be expanded, the field would be expanded in this fashion.

THE COURT:  Okay.  With regard to Item A, and the Court also has another appointment that starts at 2:45, so I have limited time on this call.  But with regard to Item 1, I will allow the defendants to produce the documents that's offered.

Mr. Goldberg, you can come back and say such and such should have been produced, but it has not been.  I will address