THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN
One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com

Co-Lead Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-RMB-MS |
| | ) |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) NOTICE OF LEAD PLAINTIFFS' MOTION TO STRIKE EXTRINSIC |
| ALL ACTIONS. | ) EVIDENCE OR, IN THE ALTERNATIVE, DEFER OR DENY DEFENDANTS' MOTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 56(d) |
| | ) |
| | ) ORAL ARGUMENT REQUESTED |
| | ) MOTION DATE: AUGUST 7, 2023 |

4874-8219-9919.v1

**PLEASE TAKE NOTICE** that at 9:00 a.m. on August 7, 2023, or such other time and date as set by the Court, Lead Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd. will move before the Honorable Christine P. O'Hearn, Judge of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey, for entry of an Order granting Lead Plaintiffs' Motion to Strike Extrinsic Evidence Or, in the Alternative, Defer or Deny Defendants' Motion Without Prejudice Pursuant to Fed. R. Civ. P. 56(D).

**PLEASE TAKE FURTHER NOTICE** that, in support of the within appeal, Lead Plaintiffs rely upon the accompanying memorandum of law and the Declaration of Tor Gronborg.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being submitted herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 78.1(b), Lead Plaintiffs request oral argument on this motion.

DATED: July 7, 2023

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN

s/ Laurence M. Rosen
LAURENCE M. ROSEN

- 1 -

4874-8219-9919.v1

One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

THE ROSEN LAW FIRM, P.A.
JACOB A. GOLDBERG
DANIEL TYRE-KARP
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
212/202-3827 (fax)
jgoldberg@rosenlegal.com
dtyrekarp@rosenlegal.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Co-Lead Counsel

- 2 -

- 3 -

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Additional Counsel

4874-8219-9919.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List.

s/ Laurence M. Rosen
LAURENCE M. ROSEN

THE ROSEN LAW FIRM, P.A.
One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

4874-8219-9919.v1