THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN
One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com

Co-Lead Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) ) ) |
| | ) |
| This Document Relates To: | ) ) ) |
| ALL ACTIONS. | ) ) ) ) |

Master File No. 1:19-cv-05296-RMB-MS

CLASS ACTION

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE EXTRINSIC EVIDENCE OR, IN THE ALTERNATIVE, DEFER OR DENY DEFENDANTS' MOTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 56(D)

4878-7232-4718.v1

Having considered the parties' arguments, Plaintiffs' Motion to Strike Extrinsic Evidence or, in the Alternative, Defer or Deny Defendants' Motion without Prejudice Pursuant to Fed. R. Civ. P. 56(D) ("Motion"), Defendants' opposition and Plaintiffs' reply in support of their Motion, the Court GRANTS Plaintiffs' Motion.

Based on the foregoing, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1.   This Court strikes the Declaration of William Jarman in Support of Defendants' Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment (ECF 147), including the exhibits attached to it, and Defendants' arguments that rely on those extraneous materials; OR

2.   The Court grants Plaintiffs' motion pursuant to Fed. R. Civ. P. 59(d) and dismisses Defendants' Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment (ECF 148) without prejudice pending the completion of discovery..

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____      _____
THE HONORABLE RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

- 1 -

4878-7232-4718.v1