**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) ) ) |
| | ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) ) ) ) ) |

Master File No. 1:19-cv-05296-CPO-SK

Honorable Christine P. O'Hearn, U.S.D.J.

<u>CLASS ACTION</u>

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME

**THIS MATTER**, having been opened to the Court on Plaintiffs' Unopposed Motion to Extend Time ("Motion"), and the Court having considered the papers submitted in support and the arguments of counsel, and for good cause shown;

I**T IS HEREBY ORDERED**, on this ⎯12th⎯ day of ⎯⎯⎯July⎯⎯⎯ 2023, that the Motion is granted, and the time for Plaintiffs to file their papers in response to Defendants' Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment (ECF Nos. 153-156) is extended, nunc pro tunc.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**HON. CHRISTINE P. O'HEARN, U.S.D.J.**