# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: jtortorella@khmarino.com
*OF COUNSEL

September 14, 2023

**VIA ECF**

Honorable Sharon A. King, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:    *In re Maiden Holdings, Ltd. Securities Litigation,*
No. 1:19-cv-05296-CPO-SAK

Dear Judge King:

We write on behalf of Defendants, Maiden Holdings, Inc., Arturo Raschbaum, Karen Schmitt, and John Marshalek, in accordance with L.Civ.R. 5.3(c)(2)(ii) and L.Civ.R. 6.1(a), to respectfully request that your Honor extend the date for the parties to file a joint motion to seal until September 29, 2023.

The parties completed briefing on Defendants' Renewed Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment [ECF No. 145] and Plaintiffs' related Motion to Strike Extrinsic Evidence or, in the Alternative, Defer or Deny Defendants' Motion Without Prejudice Pursuant to Fed. R. Civ. P. 56(d) [ECF No. 152] on September 1, 2023. Both motions contain materials filed provisionally under seal. Pursuant to L.Civ.R. 5.3(c)(2)(ii), the parties' time to file a motion to seal expires tomorrow. The parties continue to meet and confer in an effort to narrow the materials and information that may be subject to a motion to seal. To enable the parties to complete that process, we respectfully request that the Court extend the time for the parties to submit their joint filing by two weeks, until **Friday, September 29, 2023**. Plaintiffs consent to this request. If this extension is acceptable to your Honor, we respectfully request that the Court indicate its approval by so ordering this letter.

If your Honor has any questions or concerns, the parties will make themselves available to answer them at the Court's convenience. Thank you for your consideration of this application.

Respectfully submitted,

John D. Tortorella

SO ORDERED this 15th day
of September 20 23

Sharon A. King, USMJ