## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: jtortorella@khmarino.com
*OF COUNSEL

September 29, 2023

**VIA ECF**

Honorable Sharon A. King, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:     *In re Maiden Holdings, Ltd. Securities Litigation,*
        No. 1:19-cv-05296-CPO-SAK

Dear Judge King:

We write on behalf of Defendants, Maiden Holdings, Inc., Arturo Raschbaum, Karen Schmitt, and John Marshalek, in accordance with L.Civ.R. 5.3(c)(2)(ii) and L.Civ.R. 6.1(a), to respectfully request that your Honor grant a brief extension for the parties to finalize their joint motion to seal until October 3, 2023.

The parties completed briefing on Defendants' Renewed Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment [ECF No. 145] and Plaintiffs' related Motion to Strike Extrinsic Evidence or, in the Alternative, Defer or Deny Defendants' Motion Without Prejudice Pursuant to Fed. R. Civ. P. 56(d) [ECF No. 152] on September 1, 2023. Both motions contain materials filed provisionally under seal. The initial deadline to file the motion to seal was September 15, 2023. Your Honor granted a two-week extension of that deadline to Friday, September 29, 2023. The parties have continued to meet and confer in an effort to narrow the information that may be subject to a motion to seal and to draft the appropriate motion papers and a proposed order. That process is almost complete, and the parties respectfully request that the Court extend the time to submit their joint filing, until Tuesday, October 3, 2023. All parties consent to this request. If this extension is acceptable to your Honor, we respectfully request that the Court indicate its approval by so ordering this letter.

Thank you for your continuing attention to this matter.

Respectfully submitted,

John D. Tortorella

SO ORDERED:

Shawn A. King
Hon. Sharon A. King, U.S.M.J.

Dated: 10/2/23