UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL WIGGLESWORTH, et al.,

    *Plaintiffs*,

v.

MAIDEN HOLDINGS, LTD. et al.,

    *Defendants*.

No. 1:19-cv-05296

**ORDER**

**O'HEARN, District Judge.**

    **THIS MATTER** comes before the Court on a Motion to Dismiss or in the Alternative for Summary Judgment ("Defendants' Motion") filed by Defendants Maiden Holdings, Ltd., Arturo M. Raschbaum, Karen L. Schmitt, and John M. Marshaleck, (ECF No. 145), and upon a Motion to Strike Extrinsic Evidence or in the Alternative Defer or Deny Defendants' Motion Without Prejudice ("Lead Plaintiffs' Motion") filed by Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd. (ECF No. 152). For the reasons set forth in this Court's corresponding Opinion,

    **IT IS HEREBY** on this 19th day of December, 2023,

    **ORDERED** that Defendants' Motion, (ECF No. 145), is **GRANTED** as to summary judgment; and it is further

    **ORDERED** that Lead Plaintiffs' Motion, (ECF No. 152), is **DENIED**.

    */s/ Christine P. O'Hearn*
    **CHRISTINE P. O'HEARN**
    **United States District Judge**