UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1118

_____

In re: Maiden Holdings, Ltd. Securities Litigation

BOILERMAKER BLACKSMITH NATIONAL PENSION TRUST;
TAISHIN INTERNATIONAL BANK CO. LTD.,
Appellants

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:19-cv-05296 & 1:19-cv-08105)
District Judge:  Honorable Christine P. O'Hearn

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 29, 2024

_____

Before:  CHAGARES, Chief Judge, PORTER and CHUNG, Circuit Judges

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District

Court for the District of New Jersey and was submitted on October 29, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this

Court that the judgment of the District Court entered on December 19, 2023, is hereby

VACATED and REMANDED.  Costs shall be taxed against the appellees.  All of the

above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: August 20, 2025