THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN
One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com

Co-Lead Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-CPO-SAK |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) ORDER IMPLEMENTING MANDATE |
| ALL ACTIONS. | ) |
| | ) |
| | ) |

WHEREAS, on August 20, 2025, the United States Court of Appeals for the Third Circuit issued Judgment wherein it was ordered and adjudged that the Judgment of this Court entered December 19, 2023 is vacated and remanded to this Court.

WHEREAS, on September 24, 2025, the United States Court of Appeals for the Third Circuit filed a certified copy of its August 20, 2025 Judgment. *See* Dkt. No. 178.

THEREFORE,

IT IS on this __25th__ day of __September__, 2025,

ORDERED that the August 20, 2025 Judgment of the United States Court of Appeals for the Third Circuit be, and hereby is, implemented; and it is further

ORDERED that the action shall be reinstated with this Court for further proceedings in accordance with the August 20, 2025 Opinion of the United States Court of Appeals for the Third Circuit.

_____
HONORABLE CHRISTINE P. O'HEARN
UNITED STATES DISTRICT JUDGE

- 1 -