UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-CPO-SAK ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ORDER CLARIFYING NOVEMBER ) 13, 2025 SCHEDULING ORDER ) ) |

The Court having considered the parties' Joint Motion for Clarification of the November 13, 2025 Scheduling Order (ECF 189) (the "Order") and for good cause shown, hereby ORDERS:

1. Paragraph 9 of the Order is clarified to set the deadlines for service and filings of class certification expert reports, if any, as follows:

| | |
|---|---|
| Deadline for Plaintiffs to file/serve class certification expert report(s) | February 13, 2026 |
| Deadline for Defendants to file/serve responsive class certification expert report(s) | April 29, 2026 |
| Deadline for Plaintiffs to file/serve class certification rebuttal expert report(s) | June 30, 2026 |

2. Paragraph 9 of the Order is clarified to set the deadlines for service of merits based expert reports and expert disclosures, if any, as follows:

| | |
|---|---|
| Deadline for all parties to serve affirmative expert reports on issues on which the party bears the burden of proof. | November 20, 2026 |
| Deadline for all parties to serve responsive expert reports | January 15, 2027 |
| Deadline for all parties to serve expert reports in rebuttal to responsive reports | February 12, 2027 |

3. Clarification of the deadlines related to expert disclosures will not impact any of the other deadlines set forth in the Order.

Dated: 12/10/25

_____
SHARON A. KING
UNITED STATES MAGISTRATE JUDGE