# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION ) ) ) ) ) ) ) | Master File No. 1:19-cv-05296- CPO-SAK **CLASS ACTION** MOTION DATE: February 2, 2026 |
| This Document Relates To: ALL ACTIONS. ) ) ) ) ) ) ) | **NOTICE OF MOTION FOR ISSUANCE OF LETTERS ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE TO TAKE DISCOVERY** |

PLEASE TAKE NOTICE that that at 9:00 a.m. on February 2, 2026, or such other time and date as set by the Court, upon the accompanying Memorandum of Law, dated January 9, 2026, Co-Lead Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd. (collectively, "Plaintiffs"), by and through their attorneys shall move this Court, before the Honorable Christine P. O'Hearn, at the Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, New Jersey, 08101, for an Order for issuance of letters of request for international judicial assistance from the Supreme Court of Bermuda, pursuant to 28 U.S.C. § 1781 to obtain discovery from the following non-party foreign entities: (1) Deloitte Ltd. ("Deloitte") and (2) Grant Thornton Limited ("Grant Thornton") and Arthur Morris & Company Limited ("Arthur Morris").

PLEASE TAKE FURTHER NOTICE that Plaintiffs provided this Motion and supporting documents to Defendants before filing this Motion. Defendants responded that they have not yet completed their review and assessment of the Motion and therefore are unable at this time to state whether they will oppose all or any portion of the Motion.

1

PLEASE TAKE FURTHER NOTICE that the reasons and grounds set for this motion are more fully described in the accompanying Memorandum of Law and the Declaration of Laurence M. Rosen.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being submitted herewith.

DATED: January 9, 2026                    **THE ROSEN LAW FIRM, P.A.**


*/s/ Laurence M. Rosen*
LAURENCE M. ROSEN

One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
JACOB A. GOLDBERG
DANIEL TYRE-KARP
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
jgoldberg@rosenlegal.com
dtyrekarp@rosenlegal.com

2

**ROBBINS GELLER RUDMAN
& DOWD LLP**
TOR GRONBORG
TRIG R. SMITH
PATTON JOHNSON
STEPHEN JOHNSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
pjohnson@rgrdlaw.com
sjohnson@rgrdlaw.com

**ROBBINS GELLER RUDMAN
& DOWD LLP**
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
Co-Lead Counsel
**CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.**
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com
Additional Counsel

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of January, 2026 a true and correct copy

of the foregoing document was served by CM/ECF to the parties registered to the

Court's CM/ECF system.

<u>/s/ *Laurence M. Rosen*</u>
Laurence M. Rosen