**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-CPO-SAK |
| | ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **PLAINTIFFS' MOTION FOR** |
| | ) **ISSUANCE OF LETTERS** |
| This Document Relates To: | ) **ROGATORY FOR INTERNATIONAL** |
| ALL ACTIONS. | ) **JUDICIAL ASSISTANCE TO TAKE** |
| | ) **DISCOVERY** |
| | ) |
| | ) |

THIS MATTER having come before the Court on the Motion of Co-Lead Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd. (collectively, "Plaintiffs"), for an Order for issuance of letters of request for international judicial assistance from the Supreme Court of Bermuda, pursuant to 28 U.S.C. § 1781 to obtain discovery from the following non-party foreign entities: (1) Deloitte Ltd. ("Deloitte") and (2) Grant Thornton Limited ("Grant Thornton") and Arthur Morris & Company Limited ("Arthur Morris").

It is hereby ORDERED that:

1.    The Application is GRANTED.

2.    This Court shall sign the Letters of Request attached to the Application as Exhibit A and B and direct the Clerk of Court to affix the seal of the United States District Court for the District of New Jersey over said signature in each of the Letters of Request and to transmit the original, signed Letters Rogatory directly to the

1

Registrar of the Supreme Court of Bermuda, acting as the Competent Judicial Authority of Bermuda.

SO ORDERED.

Dated:_____          _____
                                        The Honorable Christine P. O'Hearn
                                        United States District Court Judge