# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
EREZ J. DAVY

─────────

MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com

January 20, 2026

**VIA ECF**

Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> Re:   *In re Maiden Holdings, Ltd. Securities Litigation*,
>        Case 1:19-cv-05296-CPO-SAK

Dear Judge O'Hearn:

We write on behalf of Defendants regarding Plaintiffs' Motion for Issuance of Letters Rogatory for International Judicial Assistance to Take Discovery from non-party foreign entities Deloitte Ltd., Grant Thornton Limited, and Arthur Morris & Company Limited (the Motion) (ECF No. 198).

Defendants do not oppose Plaintiffs' Motion to issue the requested letters rogatory. We note, however, that Defendants' non-opposition is limited solely to this Court's issuance of the letters rogatory and should not be construed as agreement to or acquiescence in any claims or assertions made in the Motion, including but not limited to Plaintiffs' discussion of any allegations or purported facts. Defendants respectfully reserve all rights to object to (i) the propriety of the letters rogatory under Bermuda law; or (ii) the use in this proceeding of any documents that may be produced in response to the letters rogatory—including, without limitation, objections to relevance, burden, overbreadth, and privilege—in motions before this Court or any court in Bermuda, as necessary or appropriate.

Thank you for your consideration of this submission.

Respectfully submitted,

Kevin H. Marino

cc:   All counsel of record