## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.


Dated: January 20, 2026                    /s John D. Tortorella
                                           John D. Tortorella