THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN
One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com

Co-Lead Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | Master File No. 1:19-cv-05296-CPO-SAK |
| | Motion Day: February 2, 2026 |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | **LEAD PLAINTIFFS' NOTICE OF NON-OPPOSITION AND REPLY IN FURTHER SUPPORT OF MOTION FOR ISSUANCE OF LETTERS ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE TO TAKE DISCOVERY** |

1

On January 9, 2026, Co-Lead Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd. (collectively, "Plaintiffs") filed their Motion for Issuance of Letters Rogatory (the "Motion") to enable Plaintiffs to pursue international discovery from non-parties located in Bermuda. ECF 198-200. The Court set February 2, 2026 as the Motion Date for the Motion. *See* Docket Entry dated January 12, 2026.

Pursuant to Local Civil Rule 7.1(d)(2), any opposition to the Motion was due by January 20, 2026. We write to notify the Court that no one has opposed the Motion as of today's date.[1]

Accordingly, for the reasons set forth in the Motion, Plaintiffs respectfully request that this Court approve the Issuance of Letters Rogatory to the Appropriate Judicial Authority in Bermuda in the form of order submitted therewith.

DATED:  January 27, 2026 **THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
LAURENCE M. ROSEN

---

[1] On January 20, 2026, Defendants filed a response stating that they "do not oppose Plaintiffs' Motion to issue the requested letters rogatory." ECF 206 at 1.

One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
JACOB A. GOLDBERG
DANIEL TYRE-KARP
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
jgoldberg@rosenlegal.com
dtyrekarp@rosenlegal.com

**ROBBINS GELLER RUDMAN
& DOWD LLP**
TOR GRONBORG
TRIG R. SMITH
PATTON JOHNSON
STEPHEN JOHNSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
pjohnson@rgrdlaw.com
sjohnson@rgrdlaw.com

**ROBBINS GELLER RUDMAN
 & DOWD LLP**
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

3

Co-Lead Counsel

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Additional Counsel

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2026 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Laurence M. Rosen*
Laurence M. Rosen