[ECF No. 198]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| MICHAEL WIGGLESWORTH et al., | |
| Plaintiffs, | |
| v. | Civil No. 19-5296 (CPO/SAK) |
| MAIDEN HOLDINGS, LTD. et al., | |
| Defendants. | |

## ORDER GRANTING PLAINTIFFS' MOTION TO ISSUE LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

This matter comes before the Court by unopposed motion filed by Plaintiffs Boilermaker-Blacksmith National Pension Trust and Tashin International Bank Co. Ltd. The Court having considered the motion, and for good cause shown; it is,

ON THIS 29th DAY OF January, 2026, ORDERED THAT:

1. Plaintiffs' unopposed motion for issuance of letters of request for international judicial assistance pursuant to the Hague Convention is GRANTED.

2. The Court will sign the letters of request attached as Exhibits A and B to Plaintiffs' motion, place the Court's seal on the letters of request, and return the letters of request to Plaintiffs' counsel, who will deliver the letters of request to the appropriate central authority in Bermuda.

SHARON A. KING
United States Magistrate Judge

cc: Hon. Christine P. O'Hearn, U.S.D.J.