Shawn Barnes
Paul C. Kingsbery
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102
(862) 208-1811
sbarnes@ck-litigation.com
pkingsbery@ck-litigation.com

Jayme Jonat (pro hac vice pending)
Jessica Marder-Spiro (pro hac vice pending)
**HOLWELL SHUSTER & GOLDBERG LLP**
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
jjonat@hsgllp.com
jmarder-spiro@hsgllp.com

*Attorneys for Non-Party AmTrust Financial Services, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| *IN RE MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION* | Master Case No.: 1:19-cv-05296-CPO-SAK |
| This Document Relates to: <br><br> *ALL ACTIONS* | **AMENDED CERTIFICATION OF JAYME JONAT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

JAYME JONAT, ESQ., of full age, hereby certifies as follows:

1.      I respectfully submit this Certification to the Court in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey on behalf of Non-Party AmTrust Financial Services, Inc. ("AmTrust Financial") for the purposes of this pending action.

2.      I am an attorney at law in the State of New York and a partner in the firm of Holwell Shuster & Goldberg LLP, located at 425 Lexington Avenue, New York, NY 10017.

3.      I have been a member of the bar of the State of New York since February 23, 2011 (Bar ID: 4883229). In addition, I am admitted to practice in the following jurisdictions: Supreme Court of the United States admitted 2023; United States Court of Appeals for the Second Circuit admitted 2016; United States Court of Appeals for the Fourth Circuit admitted 2020; United States

Court of Appeals for the Fifth Circuit admitted 2023; United States District Court for the District of Colorado admitted 2019; United States District Court for the Southern District of New York admitted 2011; and United States District Court, Eastern District of New York admitted 2011.

4. I am a member in good standing of all the jurisdictions set forth above.

5. The roll of New York Bar members is maintained by the New York State Unified Court System Office of Court Administration, Attorney Registration Unit, located at 25 Beaver Street, Room 840, New York, New York 10004.

6. The office and address of the official maintaining the roll of members for the Supreme Court of the United States is: Clerk of the Supreme Court of the United States, Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543; Telephone: 202-479-301.

7. The office and address of the official maintaining the roll of members for the United States Court of Appeals for the Second Circuit is: Clerk of Court, U.S. Court of Appeals for the Second Circuit, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

8. The office and address of the official maintaining the roll of members for the United States Court of Appeals for the Fourth Circuit is: Clerk of Courts, U.S. Courts of Appeals for the Fourth Circuit, 1100 East Main Street, Suite 50, Richmond, Virginia 23219; Telephone: 804-916-2700.

9. The office and address of the official maintaining the roll of members for the United States Court of Appeals for the Fifth Circuit is: Clerk of Court, United States Court of Appeals for the Fifth Circuit, Office of the Clerk, F. Edward Hebert Building, 600 S. Maestri Place, New Orleans, LA 70130-3408.

10. The office and address of the official maintaining the roll of members for the United States District Court for the District Court for the District of Colorado is: 901 19th Street, Denver, Colorado, 80294; Telephone: 303- 844-3433.

11. The office and address of the official maintaining the roll of members for the United States District Court for the Southern District of New York is: Clerk of Court, Southern District of New York, 500 Pearl Street, New York, New York 10007.

12. The office and address of the official maintaining the roll of members for the United States District Court for the Eastern District of New York is: Clerk of Court, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201.

13. I certify that there are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me in any jurisdiction.

14. I am not currently a member of the bar of the State of New Jersey, nor of its courts, and, accordingly, I am not eligible for plenary admission to the bar of this Court.

15. Calcagni & Kanefsky LLP, is local counsel of record for Respondent AmTrust Financial in the above-referenced matter.

16. AmTrust Financial has requested that I represent them in this litigation. I have a thorough understanding of the subject matter of this litigation. I am fully familiar with the facts and circumstances surrounding this litigation.

17. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trials, or other proceedings.

18. I further agree to abide by this Court's Local Civil Rules of Disciplinary Enforcement and submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or such other actions as the Court may deem proper.

19.     Pursuant to the Rules of this Court, all pleadings submitted on behalf of AmTrust Financial in this litigation will be signed by Calcagni & Kanefsky, LLP, local counsel for Amtrust Financial.

20.     I agree to remit to the New Jersey Lawyer's Fund for Client Protection, in accordance with Local Rule 101.l(c), the annual payment prescribed in Rule 1:28-2 of the rules governing the Courts of the State of New Jersey for each calendar year that this action remains pending, in addition to any other required payments.

21.     I agree to notify the Court immediately of any matter affecting my standing to practice anywhere I am admitted to practice law.

22.     I am not currently admitted *pro hac vice* in any other action before this Court.

23.     For the foregoing reasons, I hereby respectfully request that this Court permit me to appear and speak, pursuant to Local Rule 101.1 (c), as counsel in the above-captioned matter.

I certify that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: February 2, 2026

_____
JAYME JONAT, ESQ.

4