Shawn Barnes
Paul C. Kingsbery
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102
(862) 208-1811
sbarnes@ck-litigation.com
pkingsbery@ck-litigation.com

Jayme Jonat (pro hac vice pending)
Jessica Marder-Spiro (pro hac vice pending)
**HOLWELL SHUSTER & GOLDBERG LLP**
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
jjonat@hsgllp.com
jmarder-spiro@hsgllp.com

*Attorneys for Non-Party AmTrust Financial Services, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION*<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Master Case No.: 1:19-cv-05296-CPO-SAK<br><br>**AMENDED CERTIFICATION OF JESSICA MARDER-SPIRO IN SUPPORT OF HER APPLICATION FOR ADMISSION *PRO HAC VICE*** |

JESSICA MARDER-SPIRO, ESQ., of full age, hereby certifies as follows:

1. I respectfully submit this Certification to the Court in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey on behalf of Non-Party AmTrust Financial Services, Inc. ("AmTrust Financial") for the purposes of this pending action.

2. I am an attorney at law in the State of New York and an associate of the firm of Holwell Shuster & Goldberg LLP, located at 425 Lexington Avenue, New York, NY 10017.

3. I have been a member of the bar of the State of New York since October 18, 2021 (Bar ID: 5889233). In addition, I am admitted to practice in the following jurisdictions: United States Court of Appeals for the Second Circuit admitted 2024; United States District Court for the Southern District of New York admitted 2024; United States District Court for the Eastern District

of New York admitted 2024; and United States District Court for the District of Columbia admitted 2024.

4.      I am a member in good standing of all the jurisdictions set forth above.

5.      The roll of New York Bar members is maintained by the New York State Unified Court System Office of Court Administration, Attorney Registration Unit, located at 25 Beaver Street, Room 840, New York, New York 10004.

6.      The office and address of the official maintaining the roll of members for the United States Court of Appeals for the Second Circuit is: Clerk of Court, U.S. Court of Appeals for the Second Circuit, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

7.      The office and address of the official maintaining the roll of members for the United States District Court for the Southern District of New York is: Clerk of Court, Southern District of New York, 500 Pearl Street, New York, New York 10007.

8.      The office and address of the official maintaining the roll of members for the United States District Court for the Eastern District of New York is: Clerk of Court, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201.

9.      The office and address of the official maintaining the roll of members for the United States District Court for the District of Columbia is: Clerk of Court, U.S. District Court for the District of Columbia, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, DC 20001.

10.     I certify that there are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me in any jurisdiction.

11.     I am not currently a member of the bar of the State of New Jersey, nor of its courts, and, accordingly, I am not eligible for plenary admission to the bar of this Court.

12.     Calcagni & Kanefsky LLP, is local counsel of record for Respondent AmTrust Financial in the above-referenced matter.

13.     AmTrust Financial has requested that I represent them in this litigation. I have a thorough understanding of the subject matter of this litigation. I am fully familiar with the facts and circumstances surrounding this litigation.

14.     I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trials, or other proceedings.

15.     I further agree to abide by this Court's Local Civil Rules of Disciplinary Enforcement and submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or such other actions as the Court may deem proper.

16.     Pursuant to the Rules of this Court, all pleadings submitted on behalf of AmTrust Financial in this litigation will be signed by Calcagni & Kanefsky, LLP, local counsel for Amtrust Financial.

17.     I agree to remit to the New Jersey Lawyer's Fund for Client Protection, in accordance with Local Rule 101.l(c), the annual payment prescribed in Rule 1:28-2 of the rules governing the Courts of the State of New Jersey for each calendar year that this action remains pending, in addition to any other required payments.

18.     I agree to notify the Court immediately of any matter affecting my standing to practice anywhere I am admitted to practice law.

19.     I am not currently admitted *pro hac vice* in any other action before this Court.

20.     For the foregoing reasons, I hereby respectfully request that this Court permit me to appear and speak, pursuant to Local Rule 101.1 (c), as counsel in the above-captioned matter.

I certify that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: February 2, 2026

_____
JESSICA MARDER-SPIRO, ESQ.