**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **MICHAEL WIGGLESWORTH et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil No. 19-5296 (CPO/SAK)** |
| **MAIDEN HOLDINGS, LTD. et al.,** | |
| **Defendants.** | |

**DISCOVERY ORDER**

These matters having come before the Court on Plaintiffs' letter applications to (1) "prohibit Defendants and their counsel from interfering with Plaintiffs' collection of evidence" [ECF No. 197]; (2) compel Defendants to produce specific categories of targeted documents [ECF No. 203]; and (3) compel nonparty, AmTrust Financial Services, Inc. ("AmTrust"), to produce documents pursuant to Plaintiffs' subpoena [ECF No. 205]; and the Court having received Defendants' responses [ECF Nos. 204, 207]; and AmTrust's response [ECF No. 212]; and the Court having conducted an on-the-record discovery dispute hearing on February 6, 2026; and the Court noting the following appearances: **Patton Johnson, Tor Gronborg, Daniel Tyre-Karp, Kevin Cooper,** and **Jiaqi Chen, Esquires**, appearing on behalf of Plaintiffs; and **Kevin Marino, Jacob Waldman, John Tortorella,** and **Jacob Goldberg, Esquires**, appearing on behalf of Defendants; and **Jayme Jonat** and **Paul Kingsbery, Esquires**, appearing on behalf of AmTrust; and the Court having held oral argument; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court on the record,

**IT IS HEREBY ORDERED** this **6th** day of **February**, **2026**, as follows:

1.      Defendants representing that they had no impermissible communications with the subjects of Plaintiffs' subpoenas, and the parties agreeing to establish a protocol whereby Plaintiffs are notified of Defendants' prospective communications with the subjects of Plaintiffs' subpoenas, the Court deems the issue raised in Plaintiffs' application [ECF No. 197] to be moot.

2.      AmTrust shall produce to Plaintiffs the relevant requested documents and communications exchanged with Defendant Maiden Holdings, Ltd.  Plaintiffs and AmTrust are directed to meet and confer to develop a mechanism for retrieving responsive documents in a manner that minimizes the production burden on AmTrust.

3.      Plaintiffs shall file an opening brief by **February 13, 2026,** to further support their request for documents concerning AmTrust's accounting and internal processes. AmTrust shall file its response by **February 20, 2026**.

4.       Plaintiffs and Defendants shall meet and confer to address the sufficiency of Defendants' responses to Plaintiffs' requests for "go-get" documents.  If necessary, Plaintiffs shall file a discovery dispute letter by **February 13, 2026.**  Defendants shall respond to this letter by **February 20, 2026.**

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Christine P. O'Hearn, U.S.D.J.