THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: 973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

ROBBINS GELLER RUDMAN
& DOWD LLP
TOR GRONBORG
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com

Co-Lead Counsel

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | Master File No. 1:19-cv-05296- CPO-SAK |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS | MOTION DATE: JULY 20, 2026 |
| | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1

I, Laurence M. Rosen, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the managing partner of The Rosen Law Firm, P.A., court-appointed Lead Counsel for Plaintiffs in the above-captioned action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I submit this declaration, together with the attached exhibits, in support of Lead Plaintiffs' Motion for Class Certification.

3.      Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1: | Expert Report of Zachary Nye, PH.D., dated February 13, 2026 |
| Exhibit 2: | Declaration of Mario Rodriguez in Support of Lead Plaintiff's Motion for Class Certification, dated February 11, 2026 |
| Exhibit 3: | Declaration of Taishin International Bank Company, Ltd. in Support of Lead Plaintiff's Motion for Class Certification, dated February 12, 2026 |
| Exhibit 4: | Firm Resume (The Rosen Law Firm) |
| Exhibit 5: | Firm Resume (Robbins Geller Rudman & Dowd LLP) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2026, at New York, NY.

_/s/_ Laurence M. Rosen
LAURENCE M. ROSEN

2

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 13, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List.

/s/ Laurence M. Rosen
LAURENCE M. ROSEN

THE ROSEN LAW FIRM, P.A.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: 973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com
