# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-CPO-SAK |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) DECLARATION OF MARIO |
| ALL ACTIONS. | ) RODRIGUEZ IN SUPPORT OF LEAD |
| | ) PLAINTIFFS' MOTION FOR CLASS |
| | ) CERTIFICATION |
| | ) |

4927-8766-5551.v2

I, Mario Rodriguez, on behalf of the Boilermaker-Blacksmith National Pension Trust declare as follows:

1.      I am Mario Rodriguez, Chief Investment Officer & Managing Director for Court appointed Lead Plaintiff Boilermaker-Blacksmith National Pension Trust ("Pension Trust").  I am an authorized agent of the Pension Trust.  I respectfully submit this Declaration in support of Lead Plaintiffs' Motion for Class Certification. On behalf of the Pension Trust, I have knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.  The Pension Trust intends nothing in this Declaration to waive in any way whatsoever any privilege, including, without limitation, the attorney client privilege and the work product privilege.

2.      The Pension Trust seeks confirmation of its appointment as a class representative in this Action.

3.      The Pension Trust accepts its responsibility as an institutional investor under the Private Securities Litigation Reform Act of 1995 to direct securities class actions.  The Pension Trust is committed to the zealous prosecution of this Action.

4.      Since moving for appointment as Lead Plaintiff in this Action, the Pension Trust has monitored the progress of this litigation, actively participating in litigation decisions with Robbins Geller Rudman & Dowd, P.C. ("Robbins Geller"), Co-Lead Counsel in this case.  The Pension Trust has communicated with Robbins

- 1 -

4927-8766-5551.v2

Geller regarding all aspects of this case, including, (1) investigating and filing an amended Complaint, (2) defending the complaint against a motion to dismiss, (3) engaging in initial limited discovery, including discovery motions, (4) defending the claims against a renewed motion to dismiss and motion for summary judgment, (5) appealing the dismissal of the claims, (6) re-engaging in ongoing full discovery, and (7) participating in the certification of the Class.  These activities include email, telephone calls, and other correspondence with Robbins Geller concerning developments in the litigation.

5.      To maximize recovery for itself and the Class, the Pension Trust will continue actively directing and participating in this litigation upon its appointment as class representative.  It will continue communicating frequently with Robbins Geller concerning this Action.

6.      The Pension Trust understands that it owes a duty to all members of the Class to represent the Class fairly and adequately.  It will continue working with counsel at Robbins Geller, along with Co-Lead Counsel The Rosen Law Firm, P.A., directing their efforts to obtain the largest possible recovery for the Class consistent with good faith, sound judgment, and meritorious advocacy.

7.      Based on Robbins Geller's and The Rosen Firm's substantial experience prosecuting securities class actions, The Pension Trust selects Robins Geller as co-class counsel and affirms its selection of The Rosen Firm as co-class counsel for the

- 2 -

- 3 -

Class.  Further, the Pension Trust understands that Robbins Geller and The Rosen Firm possess the necessary financial and human resources to prosecute this case effectively, in the Class's best interests.

I declare under penalty of perjury and pursuant to the laws of the United States of America, that the foregoing  is true and correct.  Executed this __11th__ day of February, 2026.

_____
MARIO RODRIGUEZ
CHIEF INVESTMENT OFFICER &
MANAGING DIRECTOR

4927-8766-5551.v2