# Exhibit 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-CPO-SAK<br>)<br>) <u>CLASS ACTION</u><br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>) **DECLARATION OF TAISHIN**<br>) **INTERNATIONAL BANK COMPANY**<br>) **LTD. IN SUPPORT OF LEAD**<br>) **PLAINTIFFS' MOTION FOR CLASS**<br>) **CERTIFICATION**<br>) |

Taishin International Bank Company, Ltd. declares as follows:

1.     Court appointed Lead Plaintiff Taishin International Bank Company, Ltd. ("Taishin Bank") respectfully submits this Declaration in support of Plaintiffs' Motion for Class Certification. Taishin Bank has knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto. Taishin Bank intends nothing in this Declaration to waive in any way whatsoever any privilege, including, without limitation, the attorney client privilege and the work product privilege.

2.     Taishin Bank seeks confirmation of its appointment as a class representative in this Action.

3.     Taishin Bank serves as Trustee for all trust accounts it listed by transaction in its Certification, Dkt. 27-3, that purchased Maiden Holdings Ltd. ("Maiden") 6.625% NT 2046 ("MHLA") and preference shares C ("MH-PC")during the Class Period. With respect to those Maiden preference shares, Taishin Bank, as Trustee of each individual purchasing trust, is the nominal owner of the trust property with authority to protect the purchasing trust's interests, including seeking to serve as a class representative in this Action.

4. For each individual transaction in Maiden preference shares that Taishin lists, the creation of a separate, distinct trust that held the Maiden preference shares occurred simultaneously with each purchase of the preference shares. At no time prior to purchase did any person or entity other than the separate trusts hold Maiden preference shares. Accordingly, each trust was the purchaser of the Maiden preference shares.

5. Taishin Bank understands that the Private Securities Litigation Reform Act of 1995 encourages institutional investors to direct securities class actions. As a trustee for its clients, Taishin Bank is committed to prosecuting this litigation vigorously.

6. From before its motion for appointment as Lead Plaintiff, Taishin Bank has monitored the progress of this litigation, actively participating in litigation decisions with The Rosen Law Firm, P.A. ("Rosen"), Co-Lead Counsel in this case. Taishin Bank has communicated with Rosen regarding all aspects of this case, including, (1) investigating and filing an amended Complaint, (2) defending the complaint against a motion to dismiss, (3) engaging in initial limited discovery, including discovery motions, (4) defending the claims against a renewed motion to dismiss and/or summary judgment, (5) appealing the dismissal of the claims, (6) re-engaging in ongoing full discovery, and (7) participating in the certification of the Class. These activities include email and other correspondence and telephone and video conference calls with Rosen concerning developments in the litigation.

7. To maximize recovery for itself and the Class, Taishin Bank will continue actively directing and participating in this litigation upon its appointment as class representative. It will continue communicating frequently with Rosen concerning this Action.

8. Taishin Bank understands that it owes a duty to all members of the Class to represent the Class fairly and adequately. It will continue working with Rosen and Co-Lead

Counsel Robbins Geller Rudman & Dowd, P.C. ("Robbins Geller"), directing their efforts to obtain the largest possible recovery for the Class consistent with good faith, sound judgment, and meritorious advocacy.

9.      Based on Rosen's and Robbins Geller's substantial experience prosecuting securities class actions, Taishin Bank selects Rosen as co-class counsel, affirming its selection of Robbins Geller as co-class counsel for the Class. Further, Taishin Bank understands that Rosen and Robbins possess the necessary financial and human resources to prosecute this case effectively, in the Class's best interests.

I declare, pursuant to the laws of the United States of America, that the foregoing is   true and correct.

Executed at Taipei, Republic of China, this 12th day of Feb , 2026.

