THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN
One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
PATTON L. JOHNSON
ASHLEY G. PYLE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
pjohnson@rgrdlaw.com
apyle@rgrdlaw.com

Co-Lead Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) ) ) |  Master File No. 1:19-cv-05296-CPO-SAK |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) |  ORDER GRANTING MOTION TO WITHDRAW |
| ALL ACTIONS. | ) ) | |

**THIS MATTER** having been opened to the Court by Robbins Geller Rudman & Dowd LLP, Co-Counsel for Lead Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd. (collectively, "Plaintiffs"), and the Court having considered the moving papers and good cause appearing;

IT IS THIS day ⎽6⎽ of March 2026,

**ORDERED** that Stephen Johnson is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action.

_____
HONORABLE SHARON A. KING
UNITED STATES MAGISTRATE JUDGE

4925-4304-9106.v1