

**PAUL KINGSBERY** PARTNER

C. 917.580.2400   O. 862.208.1811   pkingsbery@ck-litigation.com   ck-litigation.com

March 12, 2026

**BY ECF**

**[ECF No. 244]**

Honorable Sharon A. King
United States Magistrate Judge
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

RE:   ***In re Maiden Holdings, Ltd. Securities Litigation***,
      **No. 1:19-cv-05296-CPO-SAK (D.N.J.)**

Dear Judge King

  We write on behalf of non-party AmTrust Financial Services, Inc. ("AmTrust"), with the consent of counsel for Plaintiffs and Defendants, to request a one-week extension of the deadline for motions to seal the supplemental briefs and supporting declarations submitted by Plaintiffs and AmTrust in connection with Plaintiffs' application to compel AmTrust to produce certain documents. *See* ECF Nos. 235, 236, and 238.

  Pursuant to Local Civil Rule 5.3(c), the deadline for any motion to seal the foregoing papers is currently Friday, March 13. AmTrust, with the parties' consent, respectfully requests additional time to complete the meet-and-confer process with respect to any sealing motion and will file a joint application if AmTrust and the parties can agree on what documents or portions of documents should remain protected from public disclosure under Local Civil Rule 5.3.

  Accordingly, we respectfully request that the Court extend the deadline for AmTrust, Plaintiffs, or Defendants to file any motion to seal to Friday, March 20.

  We thank the Court for its consideration of this request.

    Respectfully submitted,

    /s/ Paul C. Kingsbery

    Paul C. Kingsbery
    Calcagni & Kanefsky LLP

        **SO ORDERED** this **13th** day of **March, 2026**

cc:   *All counsel of record by ECF.*

        by _Sharon A. King_

        **SHARON A. KING**
        **United States Magistrate Judge**