THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN
One Gateway Center, Suite 2600
Newark, NJ  07102
Telephone:  973/313-1887
973/833-0399 (fax)
lrosen@rosenlegal.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
TOR GRONBORG
TRIG R. SMITH
PATTON L. JOHNSON
ASHLEY G. PYLE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
trigs@rgrdlaw.com
pjohnson@rgrdlaw.com
apyle@rgrdlaw.com

Co-Lead Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-CPO-SAK |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) DECLARATION OF LAURENCE M. |
| ALL ACTIONS. | ) ROSEN IN SUPPORT OF PLAINTIFFS' |
| | ) OPPOSITION TO AMTRUST |
| | ) FINANCIAL SERVICES, INC.'S |
| | ) MOTION TO SEAL |
| | ) |

4910-7523-2411.v1

I, Laurence M. Rosen, pursuant to 28 U.S.C. §1746, declare as follows:

1.    I am the managing partner of The Rosen Law Firm, P.A., counsel for Plaintiffs in the above-captioned matter.

2.    I submit this declaration in support of Plaintiffs' Opposition to AmTrust Financial Services, Inc.'s Motion to Seal ("Opposition to Seal").

3.    Attached hereto as Exhibits 1-5 are true and correct copies of the referenced documents in the Opposition to Seal:

Exhibit 1:    An email chain, ending March 18, 2026, between Plaintiffs' and AmTrust Financial Services, Inc.'s ("AmTrust") counsel concerning AmTrust's motion to seal.

Exhibit 2:    An email chain, ending March 19, 2026, between Plaintiffs' and AmTrust's counsel concerning AmTrust's motion to seal.

Exhibit 3:    An email chain, ending March 20, 2026, between Plaintiffs' and AmTrust's counsel concerning AmTrust's motion to seal.

Exhibit 4:    Plaintiffs' redline of AmTrust's draft Notice of Non-Party AmTrust Financial Services, Inc.'s Motion to Seal Papers Submitted in Connection with Plaintiffs' Motion to Compel, emailed to AmTrust's counsel on March 20, 2026, as shown in Ex. 3.

Exhibit 5:    Plaintiffs' redline of AmTrust's draft [Proposed] Findings of Fact, Conclusions of Law, and Order to Seal, emailed to AmTrust's counsel on March 20, 2026, as shown in Ex. 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2026, at Newark, New Jersey

/s/ *Laurence M. Rosen*
LAURENCE M. ROSEN

- 1 -

4910-7523-2411.v1