# EXHIBIT 2

## Patton Johnson

**From:**        Patton Johnson
**Sent:**        Thursday, March 19, 2026 10:28 PM
**To:**          'Paul Kingsbery'; 'Jacob Waldman'; Laurence Rosen; James Cecchi; Donald Ecklund; Tor Gronborg; Trig Smith; Ashley Pyle; Sam Rudman; Kevin Marino; jtortorella_khmarino.com; Michael Carlinsky; Jesse Bernstein
**Cc:**          Jayme Jonat; Jessica Marder-Spiro; Joshua Silver
**Subject:**     RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK


Paul,
Please circulate your full filing.

Thank you.

Patton Johnson

Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

---

**From:** Paul Kingsbery <PKingsbery@ck-litigation.com>
**Sent:** Wednesday, March 18, 2026 1:38 PM
**To:** Patton Johnson <PJohnson@rgrdlaw.com>; 'Jacob Waldman' <jacobwaldman@quinnemanuel.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

EXTERNAL SENDER


All,

Sending a friendly reminder of our ask for you to share your positions on the proposed sealing of ¶¶ 5, 8, and 11–15 of the Rasnick Declaration.  And if there is anything else you would like to add to the index, please let us know.

Either way, we will plan to circulate the other supporting materials so you can let us know whether you intend to join the motion or take some other position.

Best,

Paul

**Paul Kingsbery**
**Partner**



**O.** 862.208.1811   **M.** 917.580.2400   **F.** 862.902.5458
pkingsbery@ck-litigation.com
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



**From:** Paul Kingsbery
**Sent:** Tuesday, March 17, 2026 6:38 PM
**To:** Patton Johnson <PJohnson@rgrdlaw.com>; 'Jacob Waldman' <jacobwaldman@quinnemanuel.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Counsel,

Attached is our proposed index in support of our anticipated motion to seal in substantially the form of Appendix U to the DNJ Local Rules.  As you can see, AmTrust currently intends to seek redaction of ¶¶ 5, 8, and 11–15 of the Declaration of Michael Rasnick dated February 27, 2026 (ECF No. 238-01).  However, our draft index includes spaces for designating portions of the other papers filed under seal in connection with Plaintiffs' application to compel for redaction, in case one or both parties intend to join our motion and seek additional redactions.

We will pass along the other supporting materials in support of the motion to file under seal (notice of motion, supporting declaration, and proposed findings of fact and conclusions of law), once we know the other parties' positions on sealing.  To that end, we would appreciate it if you would let us know your positions on the proposed redactions or any additional proposed redactions by close-of-business tomorrow.

Best,

Paul

---

**From:** Patton Johnson <PJohnson@rgrdlaw.com>
**Sent:** Thursday, March 12, 2026 12:24 PM
**To:** 'Jacob Waldman' <jacobwaldman@quinnemanuel.com>; Paul Kingsbery <PKingsbery@ck-litigation.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Rollo Baker <rollobaker@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Plaintiffs do not objection. We don't need to review the filing to extend the time, but will reserve our right to respond to the Court if there is anything objectionable.

Please send us the joint motion for sealing with enough time to review before next Friday.

Thanks.

Patton Johnson

Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058

---

**From:** Jacob Waldman <jacobwaldman@quinnemanuel.com>
**Sent:** Thursday, March 12, 2026 7:31 AM
**To:** Paul Kingsbery <PKingsbery@ck-litigation.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Rollo Baker <rollobaker@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

EXTERNAL SENDER
We do not object; we are likely to put in papers as well and would appreciate if the one-week extension can apply to any motion on the part of Defendants as well.

---

**From:** Paul Kingsbery <PKingsbery@ck-litigation.com>
**Sent:** Wednesday, March 11, 2026 5:34 PM
**To:** lrosen@rosenlegal.com; jcecchi@carellabyrne.com; decklund@carellabyrne.com; Tor Gronborg <torg@rgrdlaw.com>; trigs@rgrdlaw.com; Patton Johnson <pjohnson@rgrdlaw.com>; apyle@rgrdlaw.com; srudman@rgrdlaw.com; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com

3

<jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Rollo Baker <rollobaker@quinnemanuel.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
Cc: Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
Subject: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

[EXTERNAL EMAIL from pkingsbery@ck-litigation.com]

Counsel,

Per Local Civil Rule 5.3(c), any motion to seal the supplemental briefing filed by Plaintiffs and AmTrust on February 20 and 27, respectively, is due on Friday, March 13.

We intend to request a one-week extension of that deadline, to Friday, March 20.

Could counsel for Plaintiffs and Defendants please advise whether they intend to object to that request?

Paul

**Paul Kingsbery**
**Partner**



**O.** 862.208.1811   **M.** 917.580.2400   **F.** 862.902.5458
pkingsbery@ck-litigation.com
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any

**unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**