# EXHIBIT 3

## Patton Johnson

| | |
|---|---|
| **From:** | Paul Kingsbery <PKingsbery@ck-litigation.com> |
| **Sent:** | Friday, March 20, 2026 1:53 PM |
| **To:** | Patton Johnson; Jacob Waldman; Kevin Marino; jtortorella_khmarino.com; Michael Carlinsky; Jesse Bernstein; MaidenRGRD; maiden@rosenlegal.com; Jacob Goldberg; Laurence Rosen |
| **Cc:** | Jayme Jonat; Jessica Marder-Spiro; Joshua Silver |
| **Subject:** | RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK |

EXTERNAL SENDER

Patton,

My email is fully accurate.

Best,

Paul

**Paul Kingsbery**
**Partner**



**O.** 862.208.1811   **M.** 917.580.2400   **F.** 862.902.5458
**pkingsbery@ck-litigation.com**
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



**From:** Patton Johnson <PJohnson@rgrdlaw.com>
**Sent:** Friday, March 20, 2026 4:45 PM
**To:** Paul Kingsbery <PKingsbery@ck-litigation.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky

1

<michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; MaidenRGRD <MaidenRGRD@rgrdlaw.com>; maiden@rosenlegal.com; Jacob Goldberg <jgoldberg@rosenlegal.com>; Laurence Rosen <lrosen@rosenlegal.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Paul,
That is not accurate. After you sent your index, I asked you to send the full filing, which you did not do until today, and only after I asked again—for the third time.

Thanks.

Patton Johnson

Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058

---

**From:** Paul Kingsbery <PKingsbery@ck-litigation.com>
**Sent:** Friday, March 20, 2026 1:36 PM
**To:** Patton Johnson <PJohnson@rgrdlaw.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; MaidenRGRD <MaidenRGRD@rgrdlaw.com>; maiden@rosenlegal.com; Jacob Goldberg <jgoldberg@rosenlegal.com>; Laurence Rosen <lrosen@rosenlegal.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

EXTERNAL SENDER


Patton,

On timing—we sent you our proposed redactions on Tuesday.  You declined to take a position on those proposed redactions until today.

We disagree about the scope of findings required for a sealing motion.

We will file AmTrust's motion and note that it is opposed by Plaintiffs.

Have a great weekend all.

Paul


**Paul Kingsbery**
**Partner**

2



**O.** 862.208.1811   **M.** 917.580.2400   **F.** 862.902.5458
pkingsbery@ck-litigation.com
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



---

**From:** Patton Johnson <PJohnson@rgrdlaw.com>
**Sent:** Friday, March 20, 2026 3:47 PM
**To:** Paul Kingsbery <PKingsbery@ck-litigation.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; MaidenRGRD <MaidenRGRD@rgrdlaw.com>; maiden@rosenlegal.com
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Paul,
Oppositions are to be presented in a joint motion. I even reminded you on March 12 below to "send us the joint motion for sealing with enough time to review before next Friday." But instead you waited till the last day, today, when you had an extension to send us your filing.

The proposed order extends outside the findings required for a sealing motion in LR 5.3(c). And as our comments reflect, Plaintiffs do not agree to those. If you insist on keeping those extensions included, Plaintiffs will oppose AmTrust keeping these documents under seal. There is a presumption that documents are publicly filed and AmTrust's vague claims of harm, among other things, do not meet your burden. We can create a joint motion next week but we will not be joining any motion today.

You do not have Plaintiffs' authorization to file any motion. If you file your motion, you must state that it is opposed by Plaintiffs and we will oppose it raising these issues and any other arguments after we review such a motion.

Thank you.

Patton Johnson

Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Phone: 619-231-1058

---

**From:** Paul Kingsbery <PKingsbery@ck-litigation.com>
**Sent:** Friday, March 20, 2026 11:51 AM
**To:** Patton Johnson <PJohnson@rgrdlaw.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; MaidenRGRD <MaidenRGRD@rgrdlaw.com>; maiden@rosenlegal.com
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

EXTERNAL SENDER


Patton,

I am fine with the change to the notice of motion, but I am not making the changes you proposed to the Proposed Findings of Fact and Conclusions of Law.

Let me know if I should inform the Court that Plaintiffs intend to oppose the motion without those changes.

Best,

Paul



**Paul Kingsbery**
**Partner**



**O.** 862.208.1811   **M.** 917.580.2400   **F.** 862.902.5458
pkingsbery@ck-litigation.com
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



4

**From:** Patton Johnson <PJohnson@rgrdlaw.com>
**Sent:** Friday, March 20, 2026 1:20 PM
**To:** Paul Kingsbery <PKingsbery@ck-litigation.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>; MaidenRGRD <MaidenRGRD@rgrdlaw.com>; maiden@rosenlegal.com
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Thanks. I see. I understand there is no brief required but thought it was a little awkward with the title just being a notice with no motion, but perhaps not. In any case, attached are our comments. Assuming you agree, please send us the finals.

Thank you.


Patton Johnson

Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058


**From:** Paul Kingsbery <PKingsbery@ck-litigation.com>
**Sent:** Friday, March 20, 2026 10:08 AM
**To:** Patton Johnson <PJohnson@rgrdlaw.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

EXTERNAL SENDER


The motion was attached to my email at 8:55 a.m. Eastern, and I have attached it here as well.


**Paul Kingsbery**
**Partner**



**O.** 862.208.1811   **M.** 917.580.2400   **F.** 862.902.5458

**pkingsbery@ck-litigation.com**
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



---

**From:** Patton Johnson <PJohnson@rgrdlaw.com>
**Sent:** Friday, March 20, 2026 1:05 PM
**To:** Paul Kingsbery <PKingsbery@ck-litigation.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Paul,
Please send the motion?

Patton Johnson

Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058

---

**From:** Paul Kingsbery <PKingsbery@ck-litigation.com>
**Sent:** Friday, March 20, 2026 5:55 AM
**To:** Jacob Waldman <jacobwaldman@quinnemanuel.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

EXTERNAL SENDER

AmTrust does not object to Defendants' motion to seal. The draft papers for AmTrust's motion to seal are attached. If Plaintiffs would kindly provide us with their position on the motion by early this afternoon Eastern time, we would appreciate it.

Regards,

Paul

**Paul Kingsbery**
**Partner**



**O.** 862.208.1811  **M.** 917.580.2400  **F.** 862.902.5458
**pkingsbery@ck-litigation.com**
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



---

**From:** Jacob Waldman <jacobwaldman@quinnemanuel.com>
**Sent:** Friday, March 20, 2026 12:25 AM
**To:** Paul Kingsbery <PKingsbery@ck-litigation.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Thank you all for your patience with these. Attached are draft motion to seal papers for certain exhibits filed in connection with Plaintiffs' motion. These are very similar in form and substance to the prior motion. The letter highlights the sentence indicating Plaintiffs and AmTrust take no position; that's obviously subject to your agreement.

Many thanks,

Jacob

**From:** Jacob Waldman
**Sent:** Thursday, March 19, 2026 1:35 PM
**To:** 'Paul Kingsbery' <PKingsbery@ck-litigation.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Thanks Paul.  We do not object.  We also will need to move to seal a number of documents filed in connection with the motion.  With apologies for the timing, we will circulate those materials as soon as we can today so counsel have an opportunity to review and state their positions.  We do not expect to raise novel grounds or for the motion to differ substantially from the prior motion, beyond the documents it is addressing.

Many thanks.

**From:** Paul Kingsbery <PKingsbery@ck-litigation.com>
**Sent:** Wednesday, March 18, 2026 4:38 PM
**To:** Patton Johnson <PJohnson@rgrdlaw.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

**[EXTERNAL EMAIL from pkingsbery@ck-litigation.com]**

All,

Sending a friendly reminder of our ask for you to share your positions on the proposed sealing of ¶¶ 5, 8, and 11–15 of the Rasnick Declaration.  And if there is anything else you would like to add to the index, please let us know.

Either way, we will plan to circulate the other supporting materials so you can let us know whether you intend to join the motion or take some other position.

Best,

Paul

**Paul Kingsbery**
**Partner**



**O.** 862.208.1811  **M.** 917.580.2400  **F.** 862.902.5458
pkingsbery@ck-litigation.com
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



**From:** Paul Kingsbery
**Sent:** Tuesday, March 17, 2026 6:38 PM
**To:** Patton Johnson <PJohnson@rgrdlaw.com>; 'Jacob Waldman' <jacobwaldman@quinnemanuel.com>; Laurence
Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund
<decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle
<APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>;
jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>;
Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver
<jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Counsel,

Attached is our proposed index in support of our anticipated motion to seal in substantially the form of
Appendix U to the DNJ Local Rules.  As you can see, AmTrust currently intends to seek redaction of ¶¶ 5, 8,
and 11–15 of the Declaration of Michael Rasnick dated February 27, 2026 (ECF No. 238-01).  However, our
draft index includes spaces for designating portions of the other papers filed under seal in connection with
Plaintiffs' application to compel for redaction, in case one or both parties intend to join our motion and seek
additional redactions.

We will pass along the other supporting materials in support of the motion to file under seal (notice of motion,
supporting declaration, and proposed findings of fact and conclusions of law), once we know the other parties'
positions on sealing.  To that end, we would appreciate it if you would let us know your positions on the
proposed redactions or any additional proposed redactions by close-of-business tomorrow.

Best,

9

Paul

---

**From:** Patton Johnson <PJohnson@rgrdlaw.com>
**Sent:** Thursday, March 12, 2026 12:24 PM
**To:** 'Jacob Waldman' <jacobwaldman@quinnemanuel.com>; Paul Kingsbery <PKingsbery@ck-litigation.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Rollo Baker <rollobaker@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

Plaintiffs do not objection. We don't need to review the filing to extend the time, but will reserve our right to respond to the Court if there is anything objectionable.

Please send us the joint motion for sealing with enough time to review before next Friday.

Thanks.

Patton Johnson

Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058

---

**From:** Jacob Waldman <jacobwaldman@quinnemanuel.com>
**Sent:** Thursday, March 12, 2026 7:31 AM
**To:** Paul Kingsbery <PKingsbery@ck-litigation.com>; Laurence Rosen <lrosen@rosenlegal.com>; James Cecchi <jcecchi@carellabyrne.com>; Donald Ecklund <decklund@carellabyrne.com>; Tor Gronborg <TorG@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Ashley Pyle <APyle@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Rollo Baker <rollobaker@quinnemanuel.com>; Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>
**Subject:** RE: In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

EXTERNAL SENDER
We do not object; we are likely to put in papers as well and would appreciate if the one-week extension can apply to any motion on the part of Defendants as well.

---

**From:** Paul Kingsbery <PKingsbery@ck-litigation.com>
**Sent:** Wednesday, March 11, 2026 5:34 PM
**To:** lrosen@rosenlegal.com; jcecchi@carellabyrne.com; decklund@carellabyrne.com; Tor Gronborg <torg@rgrdlaw.com>; trigs@rgrdlaw.com; Patton Johnson <pjohnson@rgrdlaw.com>; apyle@rgrdlaw.com; srudman@rgrdlaw.com; Kevin Marino <kmarino@khmarino.com>; jtortorella_khmarino.com <jtortorella@khmarino.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Rollo Baker <rollobaker@quinnemanuel.com>; Jacob Waldman <jacobwaldman@quinnemanuel.com>; Jesse Bernstein

10

<jessebernstein@quinnemanuel.com>
**Cc:** Jayme Jonat <jjonat@hsgllp.com>; Jessica Marder-Spiro <jmarder-spiro@hsgllp.com>; Joshua Silver <jsilver@hsgllp.com>
**Subject:** In re Maiden Holdings, Ltd. Securities Litigation, No. 1:19-cv-05296-CPO-SAK

<mark>[**EXTERNAL EMAIL from pkingsbery@ck-litigation.com**]</mark>

---

Counsel,

Per Local Civil Rule 5.3(c), any motion to seal the supplemental briefing filed by Plaintiffs and AmTrust on February 20 and 27, respectively, is due on Friday, March 13.

We intend to request a one-week extension of that deadline, to Friday, March 20.

Could counsel for Plaintiffs and Defendants please advise whether they intend to object to that request?

Paul


**Paul Kingsbery**
**Partner**



**O.** 862.208.1811   **M.** 917.580.2400   **F.** 862.902.5458
pkingsbery@ck-litigation.com
www.ck-litigation.com

Offices:  **NJ**  |  **NY**



This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**