# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 1:19-cv-05296-CPO-SAK<br><br>CLASS ACTION<br><br>**NOTICE OF NON-PARTY AMTRUST FINANCIAL SERVICES, INC.'S MOTION TO SEAL PAPERS SUBMITTED IN CONNECTION WITH PLAINTIFFS' MOTION TO COMPEL** |

**PLEASE TAKE NOTICE** that, on April 6, 2026, or upon a date and time to be set by the Court, Non-Party AmTrust Financial Services, Inc. ("AmTrust"), by and through undersigned counsel, will move before the Honorable Sharon A. King, United States Magistrate Judge, at the Mitchell H. Cohen Building & U.S. Courthouse located at 4th & Cooper Streets, Court Room 3B, Camden, New Jersey, for an order pursuant to Local Civil Rule 5.3(c) granting AmTrust leave to file a redacted version of the Declaration of Michael Rasnick dated February 27, 2026 (ECF No. 238-01), which AmTrust filed in connection with Lead Plaintiffs Boilermaker-Blacksmith National Pension Trust and Taishin International Bank Co. Ltd.'s ("Lead Plaintiffs") motion to compel the production of documents from AmTrust.

**PLEASE TAKE FURTHER NOTICE** that, in support of this joint motion, the Parties shall rely upon the accompanying Declaration of Paul Kingsbery, Esq.

and the Index annexed thereto in the form suggested by Appendix U to the Local Rules, as well as all other pleadings and memoranda filed in this matter.

**PLEASE TAKE FURTHER NOTICE** that counsel for AmTrust has conferred with counsel for Lead Plaintiffs and Defendants Maiden Holdings, Ltd., Arturo Raschbaum, Karen Schmitt, and John Marshaleck ("Defendants"), regarding the relief requested in this motion. Defendants do not oppose this motion. Lead Plaintiffs do not oppose the motion and take no position on the propriety of AmTrust's confidential designations or their arguments in support of the documents remaining under seal. ~~Lead Plaintiffs have not provided AmTrust's counsel with their position on this motion.~~

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 5.3(c)(3), a proposed order with proposed findings of fact and conclusions of law is also submitted for the Court's consideration.

Dated:    March 20, 2026

CALCAGNI & KANEFSKY LLP

By: _____/s/ DRAFT_____

Paul C. Kingsbery, Esq.
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102
(862) 397-1796
pkingsbery@ck-litigation.com

*Attorneys for Non-Party AmTrust Financial Services, Inc.*

– 2 –