UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re MAIDEN HOLDINGS, LTD. SECURITIES LITIGATION | ) Master File No. 1:19-cv-05296-CPO-SAK |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) [PROPOSED] ORDER DENYING |
| ALL ACTIONS. | ) AMTRUST FINANCIAL SERVICES, |
| | ) INC.'S MOTION TO SEAL (ECF 251) |
| | ) |

4898-5475-4203.v1

Upon consideration of the Notice of Non-Party AmTrust Financial Services, Inc.'s Motion to Seal Papers Submitted in Connection with Plaintiffs' Motion to Compel (ECF 251) ("Motion to Seal"), requesting that portions of the Declaration of Michael Rasnick in Connection with AmTrust's Opposition to Plaintiffs' Motion to Compel (ECF 238-1) ("Rasnick Declaration") remain sealed, which AmTrust Financial Services, Inc. ("AmTrust") claims contains its sensitive business information ("AmTrust Information"), and AmTrust's supporting filings and Plaintiffs' opposition, and the authority cited therein, the Court makes the following findings:

1.      The Motion to Seal is DENIED;

2.      AmTrust "'bears the burden of showing that the material is the kind of information that courts will protect' and that 'disclosure will work a clearly defined and serious injury to the party seeking closure.'" *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001).  But AmTrust provides the Court with only conclusory statements that do not allow the Court to determine that the AmTrust Information should be protected, and does not provide specific examples or articulated reasoning as to why disclosure would cause a clearly defined serious injury to AmTrust;

3.      In addition, AmTrust has not met its burden under Local Rule 5.3(c)(3), which includes, among other things, describing with particularity: (a) "the nature of the materials or proceedings at issue"; (b) "the legitimate private or public interest[s]

- 1 -

- 2 -

which warrant[] the relief sought"; (c) "the clearly defined and serious injury that would result if the relief sought is not granted"; and (d) "why a less restrictive alternative to the relief sought is not available."  L. Civ. R. 5.3(c)(3); and

4.    The Clerk of Court shall unseal AmTrust's Brief in Opposition to Plaintiffs' Motion to Compel (ECF 238) and the Rasnick Declaration (ECF 238-1) in accordance with Local Rule 5.3(c)(8).

*    *    *

IT IS SO ORDERED.

DATED: _____    _____
                                                       THE HONORABLE SHARON A. KING
                                                       UNITED STATES MAGISTRATE JUDGE

- 2 -

4898-5475-4203.v1