[ECF No. 252]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| MICHAEL WIGGLESWORTH et al., **Plaintiffs,** v. MAIDEN HOLDINGS, LTD. et al., **Defendants.** | Civil No. 19-5296 (CPO/SAK) |

## ORDER

This matter having been brought before the Court by Jing Chen, Esquire, counsel for Plaintiff Boilermaker-Blacksmith National Pension Trust, for an Order allowing Jiaqi Chen, Esquire to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to L. CIV. R. 101.1(c), United States District Court for the District of New Jersey;

IT IS this **6th** day of **April, 2026,** hereby

ORDERED that Jiaqi Chen, Esquire, a member in good standing of the New York State Bar, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to L. CIV. R. 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Jing Chen, Esquire, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the

Court, and who shall be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(2), Jiaqi Chen, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-15; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(3), Jiaqi Chen, Esquire, shall make a payment of $250.00 on each admission, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Jiaqi Chen, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. CIV. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. CIV. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that, pursuant to L. CIV. R. 101.1(c)(4), Jiaqi Chen, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Christine P. O'Hearn, U.S.D.J.

2