## CERTIFICATION OF SERVICE

I, Paul C. Kingsbery, an attorney admitted to the bar of this Court, hereby certify that on April 13, 2026, I caused true and correct copies of the Reply Brief of AmTrust Financial Services, Inc. in Further Support of Its Motion to Seal to be filed electronically with the Clerk of the Court and served upon all counsel of record through the CM/ECF system

        /s/ Paul C. Kingsbery
        Paul C. Kingsbery, Esq.

Dated:   April 13, 2026

1